# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RONALD REID,** | ) |
| *Plaintiff*, | ) Civil Action No: 20-CV-00050 |
| v. | ) |
| | ) Judge Trauger |
| **William Lee, Governor of the State** | ) |
| **of Tennessee, in his official capacity;** | ) Magistrate Judge Holmes |
| **Et al.** | ) |
| | ) **JURY DEMAND** |
| *Defendants*. | ) |

___

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE REDACTED EXHIBIT
___

Comes now Plaintiff, by and through Counsel, and moves this Honorable Court to direct the clerk to substitute the attached redacted copy of the exhibit filed at ECF 6-1. Plaintiff inadvertently failed to comply with the Court's redaction requirements when initially filing the exhibit filed at ECF 6-1. Plaintiff apologizes for this error.

Counsels for Defendants[1] have reviewed this motion and indicate that Defendants do not oppose it.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

---

[1] As to Defendant Metro, Plaintiff's Counsel has been in communication with Nashville Metro Legal Attorney Keli Oliver, who confirms that she will be entering an appearance for Defendant Metro and confirms that Metro does not oppose this particular motion.

## CERTIFICATE OF SERVICE

I hereby certify that on **January 24, 2020**, Plaintiff's **Unopposed Motion to Substitute Redacted Exhibit** was filed electronically with the Court's electronic filing system. Notice of this filing will be electronically served by operation of the Court's electronic filing system on **Stephanie Bergmeyer and Dianna Shew, Counsels for Defendants Lee and Rausch**, at stephanie.bergmeyer@ag.tn.gov and dianna.shew@ag.tn.gov and via email on **Keli Oliver, Counsel for Defendant Metro**, at keli.oliver@nashville.gov

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953