# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RONALD REID, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00050 |
| v. | ) Judge Trauger |
| WILLIAM LEE, et al., | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Plaintiff Ronald Reid; State Defendants, Governor William Lee and Tennessee Bureau of Investigation Director David Rausch; and Defendant Metro (collectively, the "Parties") submit this joint motion for a two-week extension of the dispositive motion deadline.

The current dispositive motion deadline is January 21, 2022 (Doc. No. 50), and a two-week extension of that deadline would not affect the scheduled trial date of June 7, 2022 (Doc. No. 51). As grounds for this motion, the Parties submit that they have several projects due during this same time period, including preparation for a jury trial. This requested two-week extension is needed in order for the Parties to prepare and file summary judgment motions and should not cause an undue delay in these proceedings.

Accordingly, the Parties request that the current dispositive motion deadline be extended by two weeks to **February 4, 2022**.

Respectfully submitted,

s/ Kyle Mothershead
Kyle Mothershead (#22953)
2901 Dobbs Ave.
Nashville, TN 37211
(615) 982-8002
kyle@relentlesslaw.com
*Attorney for Plaintiff Reid*


HERBERT H. SLATERY III
Attorney General and Reporter

s/ Rob Mitchell
ROB MITCHELL (#32266)

s/ Miranda Jones
MIRANDA JONES (#36070)

Assistant Attorneys General
Law Enforcement and Special Prosecutions
Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-6023
Fax (615) 532-4892
robert.mitchell@ag.tn.gov
miranda.jones@ag.tn.gov
*Attorneys for Defendants Lee and Rausch*


/s/ J. Brooks Fox
J. Brooks Fox (#16096)
Michael R. Dohn (#37535)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
brook.fox@nashville.gov
michael.dohn@nashville.gov
*Attorneys for Defendant Metro*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been forwarded via electronic mail to:

| | |
|---|---|
| Kyle F. Mothershead | Miranda H. Jones |
| 2901 Dobbs Ave. | Robert W. Mitchell |
| Nashville, TN 37211 | Tennessee Attorney General's Office |
| | P.O. Box 20207 |
| | Nashville, TN 37202-0207 |

on this 4th day of January 2022.

                                              /s/ J. Brooks Fox
                                              J. Brooks Fox