


# Office of the Sheriff
# Montgomery County, Tennessee
### John S. Fuson, Sheriff

August 26, 2021

Tennessee Bureau of Investigation
Attn: Shelly Smitherman
901 R. S. Gass Boulevard
Nashville, TN 37216

Dear Shelly,

Below are the answers from my Office concerning the Sex Offender Registry. Please do not hesitate to reach out if I can be of further assistance.

1. What are the benefits to your area for requiring sex offenders to register?

**The benefit would be the same here as it would be in any jurisdiction. The offender is less likely to re-offend if they are under a program designed to monitor their behaviors. They are also less likely to have the opportunity to offend if the public is aware of their known criminal behaviors.**

2. How has SOR helped your community?(provide examples)

**The SOR has helped our community by making the community more aware and alerted to the potential dangers that are around them.**
**One example is a complaint that I received from a parent/citizen about a school bus stop that was located directly in front of an offender's residence. Had the SOR not been in place, the likelihood of an offense occurring to one of those children at the stop would drastically increase.**
**The community and the potential victim deserve to have the situational awareness and tactical advantage to prevent a serious and life changing crime against them.**

3. Is there a reduction in crime because sex offenders are registered and displayed on the public registry?

**We do not have a way to track the impact that the SOR has on our crime rate. I can say that public awareness to the activities that are going on around them, improves their safety. I can also say that generally speaking, a criminal is less likely to offend if their potential victim is aware and takes measures to prevent becoming a victim. This removes a major motivator for a criminal to offend, which is opportunity.**

4. Is your community safer because of the public registry?

**YES. As mentioned above, any pro-active measure to alert the community or law enforcement that a criminal offender is in a particular area decreases that offender's opportunity to re-offend. That coupled with the requirements of the offender while on the registry, drastically decreases their opportunity to re-offend. These efforts make our community much safer.**

5. Do you have offenders who have re-offended while on the registry with additional sex crimes?

**Not very often, but unfortunately we do.**

6. When conducting compliance operations, are offenders typically compliant (any stats)? How often do you find offenders in violation? Provide any specific cases if you can.

**Most of our offenders stay in compliance. However, we do have a small percentage, 5%-10%, that choose to test the laws. We may only find a few compliance violations during each operation. They typically range from unreported vehicles or phone numbers to occasionally a vacant address.**

7. Other: Any comments regarding the 2007 SOR law making the registry retroactive, requiring offenders to register regardless of date of conviction? Pros/Cons of adding offenders?

**Offenders who find their way on the registry are there because of the seriousness of their crime and the devastating and life altering effects that their crime has on their victim. Some of our border states have much stricter laws than Tennessee. We should be doing anything and everything that we can under the law to prevent these offenders from having any opportunity of creating new victims.**

Should you have questions or concerns, please feel free to call me at your convenience. (931) 648-0611, extension 13500.

Sincerely,

John S. Fuson
Sheriff

Det. Patty Oeser
Rutherford County Sheriff Office

1. What are the benefits to your area for requiring sex offenders to register?
   Our county is at a very high growth rate with people moving into our county on a daily basis. Along with this growth rate, Employers are in need of employees. We have new schools opening every year needing employees. The schools have the Raptor System so every person coming into the schools is ran through Raptor and if they are on the SOR a hit notifies administration and the SRO that a sex offender is on campus. Being on the SOR keeps the offenders away from schools and daycares, along with employment at the facilities.

2. How has SOR helped your community?(provide examples)

3. Is there a reduction in crime because sex offenders are registered and displayed on the public registry?

4. Is your community safer because of the public registry?
   The use of the map on the TBI website allows people moving into the county to look at a location to see if any offenders live in the area.

5. Do you have offenders who have re-offended while on the registry with additional sex crimes?
   Yes in my nine years of this job I have seen at least 5 or more offenders who have reoffended.

6. When conducting compliance operations, are offenders typically compliant (any stats)?

   How often do you find offenders in violation? Provide any specific cases if you can.
   I normally do compliance checks once in the spring and once in the fall. Almost every time I have at least one that is not at the address they report. I do at least 5 or more violations a year for not reporting on time, not reporting or reporting after incarceration.

7. Other: Any comments regarding the 2007 SOR law making the registry retroactive, requiring offenders to register regardless of date of conviction? Pros/Cons of adding offenders?
   I think if a person has a charge from the 80's and below and has not had any other sexual convicted sexual offenses then they should not have to register. I had an offender that I had to place on the registry for sexual battery and his charge was in 1986. Never in any other trouble what so ever. He was at his place of employment for years and was fired due to placing him on the registry which is now off of. He was placed on for the 5 year period.

Responses from Paul Grady.  SOR Blount County TN
Here are my responses, point by point to the inquiry. My contact information is below, and cell number is the best to reach me at.

1. *What are the benefits to your area for requiring sex offenders to register?* **There are multiple benefits. Many of these come from the tragic stories we have learned that shaped the registry over the last several decades into what we see today. The old saying is "knowledge is power." The public sex offender registry puts knowledge and information at the general public's fingertips that help them make informed decisions to help them stay safe (ie., Do I buy this house? Do I accept a job here?, etc.)**

2. *How has SOR helped your community?(provide examples)* **We have helped by doing workshops for school boards, churches, employers, etc. and also always meet with or field calls from our citizens to help them and inform them of their rights and the laws. As far as the SOR in general goes, it has helped our community by functioning as it was intended from the beginning as a public safety tool. When citizens utilize the registry, they can make informed decisions for their own health and welfare. In regards to illustrations, I recently spoke with a local apartment complex administrator who had questions about registered sex offenders. The information given, led to them declining to rent to an offender against children. They have many children who live in the complex. We have many such stories where the SOR has had a direct positive impact on our county.**

3. *Is there a reduction in crime because sex offenders are registered and displayed on the public registry?* **Truthfully, that is a loaded question. You can't really measure crimes that didn't happen. I can say as far as known recdivist cases in the last 5 years, I can only recall 9 cases where sex offenders have re-offended, so by looking at that information, I would say a properly run registry will keep offenders somewhat 'in check" and make them think twice before re-offending.  However, we do work closely with TDOC, DTF, USMS, and local and state patrols to further other cases of non-sex crime committed by offenders as well.**

4. *Is your community safer because of the public registry?* **I would say not only yes, but ABSOLUTELY YES! Again, it will only be as effective as it is utilized. TBI has done a great job of building an up-to-date, real time public registry that offenders can use and access the mandated public information to their benefit.**

5. *Do you have offenders who have re-offended while on the registry with additional sex crimes?* **Yes. Michael Cameron Huffaker (convicted), Baylor Eldric Maggenti (convicted), Franklin Delmar Raines (pending), and Joshua Lee Castle (investigated, not yet charged by CID), Brandon Trent Johnson (convicted) and Robert Ray Johnson (convicted).**

6. *When conducting compliance operations, are offenders typically compliant (any stats)?  How often do you find offenders in violation? Provide any specific cases if you can.* **For the most part, it does appear we have good success with compliance when we conduct compliance checks. I think that is reflective of a strict interpretation of the SOR and a "setting of the expectation" that we do with each sex offender. When we did our "Operation Clean Sweep" with the USMS and TBI in 2017, we checked approximately 140 homes in 2 days and in the end had 0 violations! When assisting other agencies where the registry has not been made a priority, we definitely see more non-compliance issues. Again, any given day can change that. My partner and I went out a couple weeks ago to do home checks, and only got two done, because both resulted in violations (David Lee Withrow, charged; Charles Edward Magoon, pending charges soon).**

7. *Other: Any comments regarding the 2007 SOR law making the registry retroactive, requiring offenders to register regardless of date of conviction? Pros/Cons of adding offenders ?* **Truthfully this is one that perplexes me. I have reviewed almost all federal litigation in the last few years against the SOR. The *"ex post de facto"* portion of all complaints is by far the most intriguing one to me because I feel I have seen legitimate reasonable arguments both for and against the retroactive portion of the registry. For me, in the end, it comes down to the primary function of ANY government body in this great country is the safety of its citizens. When dealing with the psychology of a sexual offender, yes, you do have some that were just "young and dumb" and have moved on. But when dealing with any peodphile or predatory profiles, these are leopards that don't change their spots. Just because he/she hasn't reoffended since, doesn't mean they won't. And just because they haven't been charged or convicted of another offense, doesn't mean they haven't committed one either. At the end of the day, I am for retroactive placement because I am sworn to protect and this gives our citizens a great opportunity to be more safe than if we elect to remove the placement and terminate potentially thousands of offenders from the public registry, in essence allowing them and their leopard spots to blend back into the fabric of society.**

**I hope this answers your questions! Please feel free to reach out to me anytime. Again, cell number is best. (865) 223-4200**

Responses from US Marshal Seth Bruce (Western District)

1. What are the benefits to your area for requiring sex offenders to register?

*The benefits are self evident. Often this individuals have committed horrific crimes in the past. We know from studies that sex offenders have a higher rate of recidivism than other criminals, which is already high. The sex offender registry is invaluable is helping communities keep track of these individuals.*

2. How has SOR helped your community?(provide examples)

*The registry has helped with tracking and making arrests of persons who have violated the law by not meeting their obligations in registering.*

3. Is there a reduction in crime because sex offenders are registered and displayed on the public registry?

*I am sure there is but I have not done a deep dive on the stats*

4. Is your community safer because of the public registry?

*Yes I believe so.*

5. Do you have offenders who have re-offended while on the registry with additional sex crimes?

*Yes I have seen cases like that.*

6. When conducting compliance operations, are offenders typically compliant (any stats)? How often do you find offenders in violation? Provide any specific cases if you can.

*It just depends on the area. Some operations find many that are out of compliance. I have never worked an operation where everyone was in compliance.*

7. Other: Any comments regarding the 2007 SOR law making the registry retroactive, requiring offenders to register regardless of date of conviction? Pros/Cons of adding offenders ?

*No comment.*

1. There are many benefits of having the sex offender registry in our area. The ability to have information on persons that have been convicted of sexual crimes is important to any law enforcement agency. Being able to access a data base with information on persons in our area that have committed similar sexual crimes is a good tool for investigators to use. The registry is also important in being able to stay in contact with these individuals and be a tool they can use if they feel like they may commit another crime. I have had many of the people on my registry tell me they feel like knowing someone is there to make sure you stay on track has assisted them. The other benefit is to the community. They have the ability to become more informed about the area they live in and what to watch out for in regard to the safety of their children and loved ones.

2. The sex offender registry has benefited our community in a couple ways. First, due to the registry we have had the ability to stay in contact with persons that have committed past and present sexual crimes. This is beneficial in the fact that we can talk with and observe the behavior of offenders that are required to register. It's almost a safety net for people that have committed some of these sexual crimes to not have a new victim. I have been told several times in the past that although having to meet and share information with me is sometimes a burden the knowledge that they must be accountable for their actions in connection with the registry allows them to know their boundaries.

Secondly, allowing a public site for the people that live in that community to check and see where persons that are on the registry may live or work gives them a sense of peace. The registry has also allowed people in our community to become an extra set of eyes for law enforcement. Our office has had several tips from community members over the years on the actual living locations and work locations of offenders that were being dishonest when completing their time on the registry.

3. Just as sites like crime stoppers have assisted law enforcement in the apprehension of wanted suspects, the registry plays a very similar role. In my opinion the registry has a much more significant role. As I mentioned in my previous response about the sex offender registry and its ability to make the community safer, I believe it can assist in stopping further criminal actions or allow law enforcement to possibly stop the crime before it even occurs. When I talk about the registry assisting in stopping further criminal action, I am talking about the ability the community has to provide in submitting tips to the T.B.I. or local law enforcement. This would not be as frequent if there was not a registry that provided certain information about registered sex offenders. It would almost be impossible if there was not a public site.

I also made mention about the crime being stopped before it was even committed. I know some may find that amusing like I'm talking about a sci-fi novel or movie. Let's think about that for a moment. If someone sees a suspicious person around bus stops or just in their community, they could copy down a license plate or description of the individual and report that to law enforcement. That person could go to the T.B.I. sex offender registry and search their community by address, county, or zip code if they chose to do so. The community becomes an extra set of eyes for law enforcement. This now more than ever is essential to law enforcement on the local, state, and federal level.

I know from personal experience the importance of the sex offender registry. Having the ability to conduct compliance reviews on registered sex offenders has led to multiple arrest within my department and with agents on the federal level. Without a registry we would not have the ability to do things like home compliance reviews or even keep track of persons that have committed sexual crimes. The T.B.I. sex offender registry allows law enforcement to have the ability to go to a centralized data base. This can give us an idea if a possible suspect may be in close proximity or if offenders in that area may meet the modus operandi of the crime that is being investigated. This works two-fold. It also allows registered sex offenders that may be reported as possible suspects to be cleared quicker and provide minutes or hours to law enforcement in rescuing a victim or arresting a dangerous criminal.

4. I believe the community is safer because of the reasons I mentioned above. One of the most important things about a public registry that I will mention over and over is the extra set of eyes for law enforcement. The old phrase about it taking a village to raise a child can be used in a very similar fashion when talking about a public registry. The more eyes we have watching out for our most innocent the better. The public registry allows the community to be aware of their surroundings and provide tips to law enforcement.

5. I have had several sex offenders reoffend while being on the registry. I will provide a few examples of this in my response. During a Halloween compliance review in 2020 my partner and I were conducting a home review on an offender that must register on a quarterly basis since he had two separate minor victims in two separate states prior to 2007. The registered offender allowed us to look through his home. He also allowed us to look on a home computer located in the living room. A search of that computer produced images of child pornography. The offender was charged and arrested. The case is being looked at on the federal level due to the number of images found during the search of the device.

Another case that was very similar was one where an anonymous tip was called in about a sex offender having images of children on his phone. The offender was required to register on a quarterly basis since he had a violent sexual crime involving a child. His crime occurred prior to 2007. I spoke with the offender and during that conversation he allowed me to look at his phone where I found sites and images that were of juveniles in sexual situations. He was charged and arrested. Another phone was also found during his arrest with child pornography on it.

The last case I will mention is about another offender that must register on a quarterly basis since he was convicted of a sexual crime involving a minor prior to 2007. During a compliance review of the offender's home a hard drive was found. With the assistance of the ICAC unit child pornography was found as well as a picture of his former victim as a young adult. During an interview the registered sex offender stated that prior to registering with our agency he destroyed thousands of images of child pornography. He also admitted that he has a sexual attraction to children during that interview. He was charged and convicted of sexual exploitation of a minor. These are just a few of the cases I have personally experienced with registered sex offenders reoffending.

6. I would say that a large group of the sex offenders that are registered with our office are compliant. That being said since I have been in the sex offender unit hundreds of arrests have been made on

registry violations. These offenses can range from not providing vehicle information, living addresses, and social media information to our office. Those may seem minor to just an average individual not used to dealing with the registry and persons that are on that list. I have had offenders not provide living addresses to our office due to the fact that they were living at an address with juveniles that were not their children. I have also had cases where offenders do not provide social media information to our office to hide the fact that they are contacting people under false names. An example of these things is a case where I discovered a registered sex offender had been dishonest about his living conditions and social media information. He was arrested on those charges.  The same offender fled the state and was arrested for the rape of a juvenile in another state. This offender had multiple registry violations and new sexual crimes charges. While most of the offenders are compliant, we must consider the importance of the registry and the ability to conduct compliance reviews.


7. My opinion on making offenders register regardless of the date of their convictions is kind of split. I have seen some offenders on this registry that have committed their crimes more than twenty years ago without having any new sexual charges. Some have not committed any new crimes at all. Then I have seen some that were arrested prior to 2007 that have committed new sexual crimes. My opinion on the matter is that I believe everyone has to be looked at on a case-to-case basis. Things that must be looked at are the date of the conviction. We need to look at the types of crimes and age of the victims. We also should look at what type of person is the offender now compared to when they committed the crime. I do not believe you should do away with the registry. The examples I provided in other questions would have almost been impossible without the sex offender registry. We must ask ourselves, if the sex offender registry no longer existed how do we protect new victims?



Inv. Timothy Evan Thornton

865-215-7521 Office

865-306-1186 Cell

tthornton@knoxvilletn.gov

Knoxville Police Department

800 Howard Baker Jr. Avenue

Knoxville, TN  37915

Responses from US Marshal Derrick Swenson (Eastern District) regarding SOR:

1. The public has a right to know where sex offenders live.  This right outweighs their privacy.
2. USMS and local/state partners regularly conduct compliance operations.  In years past, E/TN had local news outlets ride with us and these were always well received by the public.  E/TN has indicted over 260 absconded sex offenders who crossed state lines and failed to register.  Often, these offenders were living in houses that were either in restricted areas or living with children when they weren't allowed.
3. Unknown
4. In my opinion, yes, due to the compliance operations and the federal prosecution.  Federal convictions for 18USC2250 carry a maximum 10 year sentence.  Most offenders receive a sentence of 24-36 months depending on criminal history level and minimum 5 years on supervised release.
5. Yes.  Ben Shook is the one that stands out.  He was a multi offense offender out of Georgia (he was registered in Georgia) who came to Tennessee, did not register, and abducted a 14 year old female.  USMS adopted the case and found Shook in Virginia after a 16 day manhunt.  Shook was convicted in federal court of Kidnapping and Failure to Register and received a term of Life plus 5.
6. E/TN has conducted approximately 35 compliance operations.  Typically around 10-15 percent of registrants are in violation of some sort, whether it be not living at the address on the registration, living with minors, etc.  Most agencies we have done operations with will charge them on the spot.  We have also seized hundreds of firearms from these individuals, with most being turned over to ATF for prosecution.
7. What we have seen in E/TN is the US Attorney's Office typically does not want to take cases that are retroactive.  They want cases where a judge has ordered an offender to register.  The only con I can see is it makes federal prosecution more difficult.

#6 – I can pull all the stats for all ops but it will take a few days.

Derrick Swenson

U.S. Marshals Service

District Sex Offender Coordinator | E/TN

Smoky Mountains Fugitive Task Force

423-421-0842

Rausch Supp. RFPs 0030

**CUMBERLAND COUNTY SHERIFF'S OFFICE**
Sex Offender Compliance
Henrietta Kerley
90 Justice Center Drive
Crossville TN 38555
931-484-6176
Fax – 931-484-8675

To: Shelley Smitherman                                            August 27, 2021

Thank you for your request. I hope this helps.

The benefits to our department for requiring sex offenders to registry.

Officers and Investigators are aware of the offenders on the registry. When doing residential checks on the offenders, officers become aware of where they live, work, or go to school.  When our department takes a report, sexual in nature, having the registry available to the Investigators may give the Investigating Officer insight to the MO of the offender.

How has SOR helped your community?

The community loves having the ability to check for offenders in their neighborhoods.  This office is constantly getting praise from the citizens of this county for doing their part to keep the communities safe.  The SOR Office receives phone calls of people moving into our county or even changing neighborhoods within the county with questions about Sexual Offenders in the area.  The SOR has been a great asset to our County and State. Community awareness to me is a great asset in keeping our citizens safe.

Is there a reduction in crime because sex offenders are registered?

I absolutely believe there is a reduction in Crime because sex offenders are required to register.

I believe that some offenders are opportunist.   When an offender knows they are required to register, have periodic residential verification, and laws to abide by that are enforced it narrows opportunity for the offender.  Therefore I believe crime is reduced.

Is your community safer because of the public registry?

Yes, definitely.  The Tennessee Sex Offender Registry not only educates the public but raises public awareness to sexual crimes and convicted offenders within their communities.  The residents of this county want to know if there are registered offenders in their neighborhood.

When conducting compliance operations, are offenders typically compliant (any stats)? How often do you find offenders in violation? Provide any specific cases if you can.

Our department just had a compliance operation in July.  We had less than five violations.  Our county takes the registry very seriously. W had one arrest for possession of a weapon, one with drugs, one violation with no code 88 on DL.

Rausch Supp. RFPs 0091

**CUMBERLAND COUNTY SHERIFF'S OFFICE**
Sex Offender Compliance
Henrietta Kerley
90 Justice Center Drive
Crossville TN 38555
931-484-6176
Fax – 931-484-8675

Most of our violations are for offenders that move here and fail to register. Some are for living with girlfriends with children.  Perfect access cases are what I like to call them.

I have been with the SOR since 2004 the number of violations has seemed to decrease somewhat for offenders who have been on the registry for a significant amount of time. It has been my experience that if they feel they are being monitored they tend to comply better.   I believe that is due in part to compliance check and or residential checks along with offenders being held accountable in the courts for violations.

 Comments regarding the 2007 SOR law making the registry retroactive, requiring offenders to register regardless of date of conviction? Pros/Cons of adding offenders.

I think that the cases that occurred prior to the Sex Offender Law being established unless the offender was still serving a sentence, on Probation or Parole, or were allowed plea agreements that did not include registration at the time may have valid complaints.

I do not think any person who rapes a child should ever come off the registry.

 I do not think interstate compact should ever be allowed for a sexual offender period.  I have seen how easy it is for a state to release offenders when they violate TN laws rather than come pick them up. Offenders need to stay in their states at least until their sentenced is completed. I think anyone convicted of a sexual offense against a child should have to remain on the registry in the state of conviction for life.

I think anyone convicted of two or more sexual offenses or has two or more victims should register for life.

I think if they move they should register in the state they move to for life.
I feel as though they move to purposely go to a state where they are more likely to be removed.

Do you have offenders who have re-offended while on the registry with additional sex crimes?

Rausch Supp R-Ts 0012

# CUMBERLAND COUNTY SHERIFF'S OFFICE

## Sex Offender Compliance

Henrietta Kerley
90 Justice Center Drive
Crossville TN 38555
931-484-6176
Fax – 931-484-8675

Yes, very few. Garry Miller for one moved here from another state reoffended here. I will try to get more information to you on others as soon as possible.

 Not near as many as we would without a registry.

I will add that most of our offenders work. I have encouraged all offenders to be truthful on work applications and have not really had any offenders have problems finding a job. I have also helped offenders to find jobs by calling temp services and plants.

If a person wants to work there are a lot of jobs available. For people who don't want to work they won't.

Rausch Sup. RFPs 0013




**Tennessee Bureau of Investigation**
**Crime Statistics Unit**

# Recidivism Study

**Release Date: August 17, 2007**

Rausch Supp. RFP's 0024

Rausch Sup. RFPs 0035



**TENNESSEE BUREAU OF INVESTIGATION**
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
TDD (615) 744-4001



PHIL BREDESEN
Governor

Mark Gwyn
Director

August 17, 2007

Ladies and Gentlemen:

We are pleased to present a study of recidivism rates of felons released from the Tennessee Department of Correction and local jails. This study conducted by the Tennessee Bureau of Investigation's Crime Statistics Unit involved extensive research and took several months to complete. For the study, a sample of 1,116 offenders released during the calendar year 2001 were tracked over a three year period to determine if they were recommitted or rearrested for either felony or misdemeanor offenses. Information on recommitments and re-arrests was obtained from the Tennessee Department of Correction and from the Tennessee criminal history files as well as the criminal history files at the FBI.

It is my hope this report on recidivism and re-arrest rates will provide valuable information for all who review it. I want to offer my thanks to the Statistical Analysis Center Advisory Board members for their continued support of the Crime Statistics Unit. The Tennessee Department of Correction also deserves considerable recognition for the cooperation and assistance required by this project.

I am personally appreciative of your gracious and continued support as we confront the many challenges related to providing a safer society for the citizens of Tennessee. As always, the Bureau stands ready to assist you in matters of mutual concern.

Sincerely,

Mark Gwyn
Director



INTERNATIONALLY ACCREDITED SINCE 1994

Rausch Sup. R's 0057

# Table of Contents

Overview..................................................................................................1
    Purpose........................................................................................1
    Description...................................................................................1
    Layout.........................................................................................2
Comparison of Groups.........................................................................3

Summary of Findings – Sex Offenders...............................................4
    Release Type...............................................................................5
    Visual Analysis...........................................................................6
    Sex Offenders Arrested in Other States......................................9

Summary of Findings – Other Offenders...........................................10
    Release Type...............................................................................11
    Age and Race Demographics......................................................12
    Primary Offense.........................................................................15
    Other Offenders Recidivating in Other States...........................16

Appendix A – Sex Offenders
    Recidivism Rate of Sex Offenders in 2001................................18
    Original Offense vs. Recommitment Offense Category..............19
    Recommitment or Re-arrest by Offense Type ...........................20
    Recommitment and Re-arrest by Time Frame by Release Type ..............21

Appendix B – Other Offenders
    Recidivism Demographics of Other Offenders..........................25
    Recidivism of Other Offenders by Original Offense Category ................26
    Re-arrested or Recommitted by Time Frame.............................27
    Re-arrested by Time Frame ........................................................28
    Recommitted by Time Frame .....................................................29
    Original Offense Category vs. New Offense Category ..............30
    Original Offense vs. Re-arrest Category....................................31
    Original Offense vs. New Commitment Offense Category .......32
    Re-arrested Time Frame by Original Offense
        by Release Type ..................................................................33
    Recommitment Time Frame by Original Offense
        By Release Type ..................................................................37

Definitions..........................................................................................41

Rausch Sup. RFPs 0019

# Overview

## Purpose of the Study:

The Tennessee Statistical Analysis Center (TSAC) was one of eleven state SAC's chosen to participate in a multi-state study. The study focused on all male sex offenders who were released from incarceration during calendar year 2001. The offenders were tracked for three years after their release to determine the recidivism rate of the group. A stratified sample based on primary incarceration offense of non-sex offenders released was also tracked for three years as a comparison. State and national criminal histories were generated for both groups of offenders. Additionally, data was obtained from the Tennessee Department of Correction's Tennessee Offender Management Information System (TOMIS) to identify offenders recommitted for technical violations of supervised release.

## Description of the Study:

A database was obtained from the Tennessee Department of Correction that contained all felony offenders released from Tennessee jails and prisons during the year of 2001. All sex offenders were studied and a stratified sample was generated of released offenders with other offenses. For both studies only male subjects were tracked. The offenders studied were released from prison or jail to parole, probation, community corrections, or released after the expiration of their sentence. The study did not include offenders who were initially sentenced to community correction or probation without serving a period of incarceration.

Recidivism is defined as the return to criminal habits, including recommitment for new offenses or a technical violation of supervised release. To determine the rate of recidivism, the records of 557 Sex Offenders were examined for a three year period following the date of their release from custody. A stratified sample of 559 male felons based on proportion of the offense group within all releases was studied for comparison purposes.

The study includes information on offenders who were rearrested and recommitted as well as those who had no further known contact with the criminal justice system. For the purpose of this study "recommitted" was defined as offenders who were committed for a new conviction or recommitted as a result of a technical violation of the rules of their supervision within three years of their release from incarceration. "Rearrested" was defined as offenders who were arrested for a new offense, but were not recommitted within three years following the date of their release. Recommitment and rearrest information was obtained from the Tennessee Offender Management Information System (TOMIS) of the Tennessee Department of Correction and from criminal history information obtained from the National Crime Information Center (NCIC) and the Tennessee Criminal History System (TCHS). The recommitment and rearrest may have occurred in Tennessee or in any other jurisdiction and are noted if the arrest occurred outside Tennessee.

1

Rausch Supp. RFP's 0020

For the purpose of this study, technical violations were counted for those offenders who did not commit a new offense and were only committed for a technical violation of supervision the three year period. If the offender returned on a technical violation because of a new offense conviction the new sentence would have been counted and the technical violation would have been disregarded.

**Layout of Study:**

The body of the report contains analysis based on offenders recommitted, rearrested, or those offenders who did not recidivate within the three year time frame. The report contains information on various data elements including release type, race characteristics, age, days between arrests, number of offenders rearrested but not incarcerated and the average number of offenses committed.

2

Rausch Supp-RFPs 0021

# Comparison Summary

| Category | Sex Offenders | | Other Offenders | |
|---|---|---|---|---|
| **Offenders** | **506** | | **523** | |
| Total Recidivated | 283 | 55.9% | 407 | 77.8% |
| Success | 223 | 44.1% | 116 | 22.2% |
| Arrested With No Recommit | 141 | 27.9% | 137 | 26.2% |
| Recommitted | 142 | 28.1% | 270 | 51.6% |
| | | | | |
| Released to Expiration of Sentence | 299 | 59.1% | 149 | 28.5% |
| Released to Regular Probation | 134 | 26.5% | 191 | 36.5% |
| Released to Regular Parole | 31 | 6.1% | 142 | 27.2% |
| Released to Community Correction | 24 | 4.7% | 38 | 7.3% |
| Released to Interstate Compact Transfer | 5 | 0.9% | 3 | 0.5% |
| Released to Mandatory Parole | 4 | 0.7% | 0 | 0.0% |
| Released to Illness | 9 | 1.8% | 0 | 0.0% |
| | | | | |
| Average Age at Recommit | 38 | | 33 | |
| Average Number of Days Between Release and Arrest | 375 | | 322 | |
| Average Number of Days Between Release and Recommit | 460 | | 429 | |
| | | | | |
| Recommit with a Similar Offense | 20 | | 41 | |
| Recommit with a Similar / Lesser Offense | 4 | | 9 | |
| Recommit with a Similar / Higher Offense | 4 | | 9 | |
| | | | | |
| Out of State Re-Arrested or Recommitted | 20 | | 27 | |

The study demonstrated a marked difference between the recidivism of sex offenders and offenders with other primary offenses who were released. The sex offender group showed a success rate of 44.1%, almost double the rate of the other release group. Only 28.1% of the sex offenders released were recommitted into the prison system while 51.6% of all other releases were recommitted. Both groups showed similar arrest rates with no readmission into the prison system.

Sex offenders were more likely to serve their entire sentence when compared to offenders released with other sentences. Other offenders were more likely to be released to some type of supervision.

The average age at recommitment was 38 years of age for sex offenders compared to 33 years for the other offenders. Sex offenders, on average, were on the street longer before being rearrested or recommitted.

3

# Summary of Findings – Sex Offenders

**Findings:**

Of the 557 Sex Offenders released in 2001:

- The study included all males with the following racial breakout: 318 - White, 188- Black

- The following released offenders were excluded from the study: 12 females; one offender released to federal detainer before being deported; 9 offenders who died of natural causes; 1 who was a homicide victim; 15 offenders released to detainer; and 13 offenders released to Court / Administrative Discharge. The remaining 506 offenders were tracked for three years.

- 223 Offenders (44.1%) had no known contact with the criminal justice system.

- 141 (27.9%) Offenders were arrested one time but were not readmitted in the TDOC prison system.

- 142 (28.1%) Offenders were recommitted into the TDOC prison system.

- The most frequent recommitment type was Crimes Against Society violations with 41 offenses (28.9%).

- Arrest offense types that were similar to the offense resulting in the original incarceration and release in 2001 were ranked as similar, lesser or higher. 20 offenses were similar, 4 were lesser and 4 were higher.

- Average number of days between release and readmission to the TDOC prison system was 460 days.

- Average age at readmission was 38.

- Average number of offenses committed by those readmitted was 2.8.

- Average number of days between release date and arrest date was 375 days.

- Average age of single arrest category was 32.

- 22 (7.8%) offenders were rearrested and 31 (11.0%) recommitted between zero and six months of their release.

- 50 (17.7%) offenders were rearrested and 27 (9.5%) recommitted between six months and one year of their release.

- 46 (16.3%) offenders were rearrested and 48 (17.0%) recommitted between one and two years of their release.

4

- 24 (8.5%) offenders were rearrested and 35 (12.4%) recommitted between two and three years of their release.

- Sex offenders with the highest rearrest rates were statutory rapists (30.7%), offenders who committed sexual battery (17.9%) and rapists (15.0%).

- Sex offenders with the lowest rearrest rate were those in prison for attempted rape of a child (0.0%), criminal exposure to HIV (0.0%), criminal sexual conduct–1st degree (0.0%) and incest (0.0%).

- Within 3 years, 3.5% of released rapists were rearrested for another rape, and 4.7% of released statutory rapists were rearrested for another statutory rape.

- A total of 20 sex offenders crossed state lines and were either rearrested or recommitted. Of that number, 19 were arrested with no incarceration while 1 was incarcerated in Georgia. Five (5) bordering states showed arrests of Tennessee sex offenders with Oregon being the greatest distance traveled. The incarceration offense in Georgia was indecent exposure.

- Race: whites were more likely than blacks to be –
  - Recommitted (51.4% verses 48.5%)
  - Rearrested without incarceration (55.3% verses 44.7%)
  - Neither recommitted or arrested (70.1% verses 29.5%)

- Offenders released due to death, detainer and administrative / court release were noted in the appendix but were not included in the analysis.

**Release Type:**

*Information provided by TDOC*

- 299 (59.1%) Offenders were released due to expiration of sentence.

- 31 (6.1%) released to regular parole.

- 4 (0.8%) released to mandatory parole.

- 134 (26.5%) released to regular probation.

- 24 (4.7%) released to community corrections program.

- 9 (1.8%) released due to illness.

- 5 (0.9%) released to Interstate Compact (ISC) transfer.

5

**Visual Analysis:**

Figure 1.1 denotes the findings that 62.8% of the offenders released were white males with 37.2% being black males.

Figure 1.1



Figure 1.2 provides the racial distribution of the 223 sex offenders who had no further criminal justice system contact after release.

Figure 1.2



6

Figure 1.3 illustrates the racial distribution of the 141 sex offenders released from custody who were rearrested at least once but were not readmitted into the TDOC system. The most frequent arrest offense category was Crimes Against Society which includes drug offenses.

Figure 1.3



Figure 1.4 denotes the release types by category.

Figure 1.4



Rausch Supp. RFP's 0026

Figure 1.5 shows the success rate, readmission and re-arrest rate results: 44.1% of the offenders were not rearrested or readmitted into the TDOC system. Only 27.9% of the offenders were readmitted into the TDOC system. The overall recidivism rate was 55.9% for sex offenders in the study.

Figure 1.5



Figure 1.6 shows the most frequent Sex Crime Offenses for the offender study released in 2001. Of those who recidivated, 7.6% were admitted due to another sex offense. The remaining 34.3% of the primary offenses are provided in Appendix A.

Figure 1.6



8

# Sex Offenders Recidivating by State



**Number of Offenders Arrested/Recommitted Outside of Tennessee**

1 2 3 4

**Tennessee Events**

| | |
|---|---|
| Total Sex Offenders | 506 |
| Total Arrests | 141 |
| Total Recommitted | 142 |

9

# Summary of Findings – Other Offenders

A stratified sample of 559 males from a population of 10,478 males released in 2001 was generated. The following 36 offenders were excluded from the study: 6 died: 15 were released to detainer; 14 were released on a Court or Administrative Discharge: and one offender was deported upon release. All offenders released were grouped according by primary offense and a stratified sample was generated based on the similar offense breakdowns.

The 523 males were included in the other offender group. Demographics of the sample included: average age of 32; 246 (47.0%) - white, 276 (52.8%) - black and 1 (0.2%) - American Indian. The 523 males were 5.0% of all males released in 2001.

**Findings:**

- The 407 (77.8%) males who were re-arrested or recommitted after their release had an average age of 32 at the time of re-arrest and consisted of 190 white, 216 black, and 1 American Indian and the average time between release and re-arrest was 322 days. The average number of arrest offenses was 1.3.

- 116 (22.2%) males had no known contact with the criminal justice system after their release with an average age of 34 consisting of 56 white and 60 black.

- 137 (26.2%) males had at least one arrest but were not readmitted to the TDOC system with an average age at the time of re-arrest of 31 and consisting of 70 white and 67 black. The average number of days between the time of release and re-arrest was 394. The average number of arrest offenses was 1.4.

- 270 (51.6%) males with an average age of 33 were recommitted into the TDOC system. Of those 270, 1 was American Indian, 120 were white, and 149 were black. The average number of days between the time of release and recommitment was 429. The average number of offenses for those recommitted is 1.3.

- The most frequent recommitment type into the TDOC system was a "Technical" offense totaling 95 (18.2%), while the most frequent arrest offense was "Theft of Property" at 33 (6.3%).

- 52 (9.9%) males were re-arrested and 53 (10.1%) recommitted between zero and six months of their release.

- 21 (4.0%) males were re-arrested and 82 (15.7%) recommitted between six months and one year of their release.

- 34 (6.5%) males were re-arrested and 89 (17.0%) recommitted between one and two years of their release.

10

- 30 (5.7%) males were re-arrested and 46 (8.8%) recommitted between two and three years of their release.

Figure 2.1 shows the re-arrested and recommitted rate as a percentage of the total released for each time range.

Figure 2.1



**Percent of Released Prisoners**

|  | 0 - 6 Months | 6 Months - 1 Year | 1 - 2 Years | 2 - 3 Years |
|---|---|---|---|---|
| ■ Re-Arrested | 9.9% | 4.0% | 6.5% | 5.7% |
| □ Recommitted | 10.3% | 15.5% | 17.2% | 8.6% |

- Of the 270 (51.6%) males who were recommitted, 211 had a new offense, 9 had a similar yet more serious offense, 9 had a similar yet less serious offense, and 41 had a similar or same offense.

- 11 (2.1%) males were arrested on the same day of their release with an average age of 28 and an average number of offenses of 1.4. Of the 11, 6 did not return to jail while 1 of the remaining 5 that did return, returned on the same day he was released.

- 27 (5.2%) males were arrested outside the state of Tennessee with an average age of 33 at the time of re-arrest and an average number of offenses of 1.1. Of the 27, 15 were not recommitted. Florida had 4 arrests followed by Georgia with 3 arrests. All other out of state arrests had less than 3 arrests.

**Release Type:**

|  |  |
|---|---|
| • 142 (27.2%) released to Regular Parole.<br>• 191 (36.5%) released to Regular Probation.<br>• 149 (28.5%) released to Expiration of Sentence. | • 38 (7.3%) released to Community Corrections.<br>• 3 (0.6%) released to Interstate Compact Transfer. |

11

- Offenders released due to death, detainer and administrative / court release are denoted in the appendix but were not included in the analysis.

Figure 2.2 shows the release type of the 523 studied offenders.

Figure 2.2



**Release Type**

ISC Transfer, 3, 0.6%

Expiration of Sentence, 149, 28.5%

Regular Parole, 142, 27.2%

Community Corrections, 38, 7.3%

Regular Probation, 191, 36.5%

**Age and Race:**

- There was not a statistically significant difference between white and black males who were released, re-arrested, or recommitted.

- The ages at time of release ranged from 18 to 63, while the ages at time of recommitment ranged from 19 to 62. The recommitment rates for a male released at age 43 or older may not be an accurate depiction of the population due to the small sample size for those categories.

- 458 (87.6%) of males were released between the ages of 18 and 42.

- The total percentage of males at the time of re-arrest or recommitment between the ages of 18 and 42 was consistent with the percentage of males released.

Note: Because the age groups were studied at the different times of release, re-arrest, and recommitment, it is possible to have more males in a re-arrest age group than in the same age group for the release. The number of re-arrest or recommitted may contain males released in two age groups.

12

Figure 2.3 shows the number of offenders in each age range at the time of release, re-arrest, and recommitment.

Figure 2.3



Figure 2.4 shows the re-arrested and recommitted rate as a percentage of the total released for each age range.

Figure 2.4

Case 3:20-cv-00050   Document 62-12   Filed 02/04/22   Page 32 of 69 PageID #: 709   Rausch Supp. RFPs 0092



Recidivism Rates by Age Group of Total Released

| | 18 - 22 | 23 - 27 | 28 - 32 | 33 - 37 | 38 - 42 | 43 - 47 | 48 - 52 | 53 - 57 | 58 - 62 |
|---|---|---|---|---|---|---|---|---|---|
| ■Re-Arrest Rate | 4.6% | 6.1% | 6.5% | 3.6% | 2.9% | 1.3% | 1.0% | 0.2% | 0.0% |
| ▢Recommitted Rate | 5.9% | 13.4% | 7.5% | 10.1% | 7.5% | 4.4% | 1.7% | 0.8% | 0.4% |

**Offense Categories:**

Primary Offense Category:

| | |
|---|---|
| • 20 (3.8%) Homicide. | • 102 (19.5%) Burglary. |
| • 0 (0.0%) Sex offenses. (See Recidivism Study of Sex Offenders.) | • 66 (12.6%) Theft. |
| • 4 (0.8%) Kidnapping. | • 20 (3.8%) Forgery, Fraud, or Embezzlement. |
| • 3 (0.6%) Arson. | • 78 (14.9%) All Other. "All other" is defined as offenses that are not included in another category. This category includes Vandalism, Weapon Law Violations, and Misdemeanors such as DUI and Bad Checks. |
| • 54 (10.3%) Robbery. | |
| • 124 (23.7%) Drug offenses. | |
| • 50 (9.6%) Assault offenses. | • 2 (0.4%) Unknown. |

Figure 2.5 shows the primary offense category of the 523 released offenders.

Figure 2.5

14



**Primary Offense of Released Offenders**

Theft Offenses, 66, 12.6%
Forgery, Fraud, Embezzlement, 20, 3.8%
Burglary Offenses, 102, 19.5%
All Other Offenses, 78, 14.9%
Unknown, 2, 0.4%
Homicide Offenses, 20, 3.8%
Kidnapping, 4, 0.8%
Arson, 3, 0.6%
Assault Offenses, 50, 9.6%
Robbery Offenses, 54, 10.3%
Drug Offenses, 124, 23.7%

New Offense Category:

- Of the 270 (51.6%) males who were recommitted, 3 were for Homicide, 1 was for Sex offense, 1 was for Kidnapping, 6 were for Robbery, 28 were for Drug offenses, 22 were for Assault offenses, 19 were for Burglary, 24 were for Theft, 71 were for All Other offenses, and 95 were Technical offenses.

15

Rausch Supp. RFP's 0034

# Other Offenders Recidivating by State



**Number of Offenders Arrested/Recommitted Outside of Tennessee**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

**Tennessee Events**

| | |
|---|---|
| Total Offenders | 523 |
| Total Arrests | 137 |
| Total Recommitted | 270 |

16

Case 3:20-cv-00050   Document 62-12   Filed 02/04/22   Page 35 of 69 PageID #: 703  Rausch Supp. R.'s 0035

# Appendix

Rausch Sup. RFPs 0056

# Appendix A  - Sex Offender Data

**Rate of Recidivism of Sex Offenders Released in 2001, by Original Offense Category**

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Average Age at Time of Release | Average Number of Days Served Prior to Release | Re-Arrested or Recommitted | Re-Arrested or Recommitted as a Percentage | Recommitted | Recommitted as a Percentage | Recommitted with a New Offense | Recommitted with a New Offense as a Percentage |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sex Offenses** | **506** | **100.0%** | **38** | **2254** | **136** | **25.5%** | **140** | **8.6%** | **45** | **8.4%** |
| Statutory Rape | 106 | 20.9% | 39 | 2497 | 18 | 3.6% | 43 | 8.5% | 3 | 0.6% |
| Sexual Battery | 86 | 17.0% | 39 | 2342 | 19 | 3.8% | 25 | 4.9% | 8 | 1.6% |
| Aggravated Rape | 77 | 15.2% | 39 | 2506 | 29 | 5.7% | 16 | 3.2% | 13 | 2.6% |
| Aggravated Sexual Battery | 65 | 12.8% | 39 | 2498 | 19 | 3.8% | 6 | 1.2% | 2 | 0.4% |
| Rape | 57 | 11.3% | 39 | 2499 | 16 | 3.2% | 21 | 4.2% | 7 | 1.4% |
| Att.Aggravated Sexual Battery | 41 | 8.1% | 39 | 2505 | 13 | 2.6% | 9 | 1.8% | 3 | 0.6% |
| Attempted Rape | 30 | 5.9% | 38 | 2507 | 11 | 2.2% | 8 | 1.6% | 4 | 0.8% |
| Incest | 11 | 2.2% | 39 | 2433 | 2 | 0.4% | 0 | 0.0% | 0 | 0.0% |
| Attempted Aggravated Rape | 9 | 1.8% | 39 | 2450 | 4 | 0.8% | 1 | 0.2% | 1 | 0.2% |
| Attempted Rape Of A Child | 7 | 1.4% | 39 | 1801 | 0 | 0.0% | 2 | 0.4% | 0 | 0.0% |
| Promoting Prostitution | 7 | 1.4% | 32 | 60 | 1 | 0.2% | 4 | 0.8% | 0 | 0.0% |
| Criminal Exposure to HIV | 2 | 0.4% | 36 | 1015 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Sexual Exploitation of A Minor | 3 | 0.6% | 24 | 745 | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |
| Assault With Intent To Rape | 2 | 0.4% | 37 | 4049 | 1 | 0.2% | 2 | 0.4% | 1 | 0.2% |
| Criminal Sexual Conduct - 1st Degree | 1 | 0.2% | 50 | 8246 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggr.Sexual Exploitation Of A Minor | 1 | 0.2% | 40 | 411 | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |
| Facilitation of Rape | 1 | 0.2% | 43 | 207 | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |

**Released Sex Offenders who, within 3 years, were --**

Rausch Sup. RFPs 0037

## Reommittments of Sex Offenders

## by Original Offense Category

**Recommitment Offense**

| Original Offense Category | Aggravated Burglary | Aggravated Rape | Aggravated Robbery | Aggravated Sexual Battery | Crime Against Person | Crime Against Property | Crime Against Society | Domestic Assault | Incest Rape of A Child | Indecent Exposure | Rape | Robbery | Sex Offender Registry Violation | Sexual Battery | Solicitation Of A Minor | Statutory Rape | Technical | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aggravated Rape | 0 | 1 | 1 | 2 | 0 | 3 | 4 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 16 |
| Aggravated Sexual Battery | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 6 |
| Aggravated Sexual Exploitation Of A Minor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | 1 |
| Assault With Intent To Rape | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Attempted Aggravated Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Attempted Aggravated Sexual Battery | 0 | 0 | 1 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 9 |
| Attempted Rape | 0 | 2 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 8 |
| Attempted Rape Of A Child | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Criminal Exposure HIV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Criminal Sexual Conduct - 1st Degree | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Esp. Aggr. Sex Exploitation Of A Minor | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Facilitation of Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Incest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Promoting Prostitution | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Rape | 0 | 0 | 0 | 0 | 0 | 6 | 7 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 4 | 21 |
| Rape Of A Child | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Sexual Battery | 0 | 0 | 0 | 1 | 2 | 3 | 6 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 9 | 25 |
| Sexual Exploitation of a Minor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Statutory Rape | 0 | 0 | 0 | 1 | 1 | 3 | 12 | 2 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 5 | 13 | 43 |
| Total | 1 | 3 | 2 | 4 | 5 | 20 | 41 | 5 | 2 | 1 | 3 | 6 | 4 | 3 | 1 | 7 | 32 | 140 |

Rausch Sup. RFPs 0038

**Regular Parole**

| Released Total = | 31 | Recommitted | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recommitment Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | | |
| | # | % | # | % | # | % | # | % | # | % | |
| Burglary | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 1 | 8.3% | 0 | 0.0% | |
| Technical | 10 | 32.3% | 1 | 8.3% | 7 | 58.3% | 1 | 8.3% | 1 | 8.3% | |
| Theft < $500.00 | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 8.3% | |
| **Total** | **12** | **38.7%** | **1** | **8.3%** | **7** | **58.3%** | **2** | **16.7%** | **2** | **16.7%** | |

| | | Rearrested | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rearrested Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | | |
| | # | % | # | % | # | % | # | % | # | % | |
| Criminal Trespassing | 1 | 3.2% | 1 | 14.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | |
| Disorderly Conduct | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 1 | 14.3% | 0 | 0.0% | |
| Drugs Sell / Deliver | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 1 | 14.3% | 0 | 0.0% | |
| Failure To Register as Sex Offender | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 14.3% | |
| Gambling | 1 | 3.2% | 0 | 0.0% | 1 | 14.3% | 0 | 0.0% | 0 | 0.0% | |
| Simple Assault | 1 | 3.2% | 1 | 14.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | |
| Technical | 1 | 3.2% | 0 | 0.0% | 0 | 0.0% | 1 | 14.3% | 0 | 0.0% | |
| **Total** | **7** | **22.6%** | **2** | **28.6%** | **1** | **14.3%** | **3** | **42.9%** | **1** | **14.3%** | |

**Mandatory Parole**

| Released Total = | 4 | Recommitted | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recommitment Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | | |
| | # | % | # | % | # | % | # | % | # | % | |
| Attempted Burglary | 1 | 25.0% | 0 | 0.0% | 1 | 100.0% | 0 | 0.0% | 0 | 0.0% | |
| **Total** | **1** | **25.0%** | **0** | **0.0%** | **1** | **100.0%** | **0** | **0.0%** | **0** | **0.0%** | |

**Note: There were no offenders rearrested for the release type of Mandatory Parole.**

Rausch Sup. RFPs 0039

**Regular Probation**
**Released Total =** 134

| Recommitment Offense | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| Category | # | % | # | % | # | % | # | % | # | % |
| Attempted Rape | 2 | 1.5% | 0 | 0.0% | 1 | 1.5% | 0 | 0.0% | 1 | 1.5% |
| Auto Theft | 1 | 0.7% | 0 | 0.0% | 1 | 1.5% | 0 | 0.0% | 0 | 0.0% |
| Criminal Trespassing | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.5% |
| Driving on Revoked | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 1.5% | 0 | 0.0% |
| Driving on Suspended | 1 | 0.7% | 0 | 0.0% | 1 | 1.5% | 0 | 0.0% | 0 | 0.0% |
| Drugs Sell / Deliver | 4 | 3.0% | 0 | 0.0% | 2 | 3.0% | 2 | 3.0% | 0 | 0.0% |
| Probation Violation | 3 | 2.2% | 0 | 0.0% | 1 | 1.5% | 1 | 1.5% | 1 | 1.5% |
| Promoting Prostitution | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.5% |
| Sexual Battery | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 1.5% | 0 | 0.0% |
| Technical | 50 | 37.3% | 8 | 12.1% | 20 | 30.3% | 16 | 24.2% | 6 | 9.1% |
| Trespassing | 1 | 0.7% | 1 | 1.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Total** | **66** | **49.3%** | **9** | **13.6%** | **26** | **39.4%** | **21** | **31.8%** | **10** | **15.2%** |

| Rearrested Offense | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| Category | # | % | # | % | # | % | # | % | # | % |
| Aggravated Assault | 2 | 1.5% | 1 | 3.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Robbery | 1 | 0.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Criminal Trespassing | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% |
| Driving on Suspended | 3 | 2.2% | 3 | 11.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Drugs Sell / Deliver | 1 | 0.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| DUI | 1 | 0.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Failure To Appear | 2 | 1.5% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% |
| Falsify Sex Offender Registry | 3 | 2.2% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% | 2 | 7.4% |
| Fugitive From Justice | 2 | 1.5% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% | 1 | 3.7% |
| Rape | 1 | 0.7% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% |
| Rape of a Child | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% |
| Stalking | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% |
| Technical | 3 | 2.2% | 0 | 0.0% | 2 | 7.4% | 1 | 3.7% | 0 | 0.0% |
| Theft < $500 | 2 | 1.5% | 1 | 3.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% |
| Violate Condition of Release | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 3.7% | 0 | 0.0% |
| Violate Restraining Order | 2 | 1.5% | 1 | 3.7% | 1 | 3.7% | 0 | 0.0% | 0 | 0.0% |
| **Total** | **27** | **20.1%** | **10** | **37.0%** | **7** | **25.9%** | **6** | **22.2%** | **4** | **14.8%** |

Rausch Sup. RFPs 0040

**Community Correction**

**Released Total = 24**

| Recommitment Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % |
| Attempted Theft of Property | 1 | 4.2% | 1 | 6.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Driving Offense | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Probation Violation | 1 | 4.2% | 0 | 0.0% | 0 | 0.0% | 1 | 6.3% | 0 | 0.0% |
| Public Intoxication | 1 | 4.2% | 0 | 0.0% | 0 | 0.0% | 1 | 6.3% | 0 | 0.0% |
| Statutory Rape | 1 | 4.2% | 1 | 6.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Technical | 12 | 50.0% | 3 | 18.8% | 6 | 37.5% | 2 | 12.5% | 1 | 6.3% |
| **Total** | **16** | **66.7%** | **5** | **31.3%** | **6** | **37.5%** | **4** | **25.0%** | **1** | **6.3%** |

| Rearrested Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % |
| Aggravated Assault | 1 | 4.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 16.7% |
| Criminal Impersonation | 1 | 4.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 16.7% |
| Driving Offense | 2 | 8.3% | 2 | 33.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Technical | 2 | 8.3% | 2 | 33.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Total** | **6** | **25.0%** | **4** | **66.7%** | **0** | **0.0%** | **0** | **0.0%** | **2** | **33.3%** |

**Interstate Compact (ISC) Transfer**

**Released Total = 5**

| Recommitment Offense Category | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % |
| Indecent Liberties With Child | 1 | 20% | 1 | 50% | 0 | 0% | 0 | 0% | 0 | 0% |
| Child Pornography | 1 | 20% | 0 | 0% | 1 | 50% | 0 | 0% | 0 | 0% |
| **Total** | **2** | **40%** | **1** | **50%** | **1** | **50%** | **0** | **0%** | **0** | **0%** |

*Notes:*

*No offenders were rearrested from the release type of ISC Transfer.*
*Nine offenders were released due to illness and had no additional criminal justice contact.*

Rausch Sup. RFPs 0041

22

**Expiration of Sentence**

**Released Total = 299**

| Recommitment Offense Category | Total # | Total % | 6 Months # | 6 Months % | 1 Year # | 1 Year % | 2 Year # | 2 Year % | 3 Year # | 3 Year % |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Recommitted** | | | | | | | | | |
| Aggravated Sexual Battery | 2 | 0.7% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% | 1 | 2.0% |
| Aggravated Burglary | 2 | 0.7% | 0 | 0.0% | 0 | 0.0% | 2 | 4.1% | 0 | 0.0% |
| Aggravated Criminal Trespassing | 2 | 0.7% | 1 | 2.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Aggravated Rape | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Aggravated Robbery | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Burglary | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Criminal Attempt - Aggravated Burglary | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Criminal Trespassing | 2 | 0.7% | 0 | 0.0% | 1 | 2.0% | 1 | 2.0% | 0 | 0.0% |
| Domestic Assault | 3 | 1.0% | 0 | 0.0% | 2 | 4.1% | 1 | 2.0% | 0 | 0.0% |
| Driving Without Drivers License | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Drugs Sell / Deliver | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| DUI | 1 | 0.3% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Failure To Appear | 1 | 0.3% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% |
| Failure To Register as Sex Offender | 1 | 0.3% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Falsify Sex Offender Registry | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Habitual Traffic Offender | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Incest | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Indecent Exposure | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Probation Violation | 2 | 0.7% | 1 | 2.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Robbery | 2 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 2 | 4.1% |
| Sexual Assault | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Shoplifting | 1 | 0.3% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% |
| Solicitation of Minor | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Solicitation Prostitution | 1 | 0.3% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% |
| Statutory Rape | 2 | 0.7% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% |
| Technical | 5 | 1.7% | 1 | 2.0% | 2 | 4.1% | 1 | 2.0% | 1 | 2.0% |
| Theft | 6 | 2.0% | 0 | 0.0% | 3 | 6.1% | 2 | 4.1% | 1 | 2.0% |
| Traffic Offense | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Trespass | 1 | 0.3% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% | 0 | 0.0% |
| Unlawful Possession of Handgun | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| Vandalism | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 2.0% | 0 | 0.0% |
| **Total** | **49** | **16.4%** | **6** | **12.2%** | **13** | **26.5%** | **19** | **38.8%** | **11** | **22.4%** |

| Expiration of Sentence | Rearrested | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rearrested Offense | Total | | 6 Months | | 1 Year | | 2 Year | | 3 Year | |
| Category | # | % | # | % | # | % | # | % | # | % |
| Aggravated Assault | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Criminal Trespassing | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% |
| Aggravated Robbery | 1 | 0.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Assault | 3 | 1.0% | 1 | 1.1% | 0 | 0.0% | 1 | 1.1% | 1 | 1.1% |
| Bad Checks | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% |
| Battery | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% |
| Child- Accosting Immoral Purposes | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Computer Fraud | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% |
| Contempt of Court | 2 | 0.7% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Criminal Trespassing | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% |
| Disorderly | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Domestic Assault | 5 | 1.7% | 0 | 0.0% | 4 | 4.6% | 0 | 0.0% | 1 | 1.1% |
| Driving on Revoked | 5 | 1.7% | 1 | 1.1% | 1 | 1.1% | 2 | 2.3% | 1 | 1.1% |
| Driving On Suspended | 3 | 1.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 2 | 2.3% |
| Driving Without License | 2 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 2 | 2.3% |
| Drugs Sell / Deliver | 10 | 3.3% | 2 | 2.3% | 2 | 2.3% | 3 | 3.4% | 3 | 3.4% |
| DUI | 8 | 2.7% | 1 | 1.1% | 1 | 1.1% | 4 | 4.6% | 2 | 2.3% |
| Failure To Appear | 4 | 1.3% | 0 | 0.0% | 1 | 1.1% | 2 | 2.3% | 1 | 1.1% |
| Failure To Be Booked | 2 | 0.7% | 0 | 0.0% | 0 | 0.0% | 2 | 2.3% | 0 | 0.0% |
| Failure To Register as Sex Offender | 6 | 2.0% | 1 | 1.1% | 0 | 0.0% | 2 | 2.3% | 3 | 3.4% |
| Falsify Sex Offender Registry | 6 | 2.0% | 0 | 0.0% | 0 | 0.0% | 3 | 3.4% | 3 | 3.4% |
| Felony Possession Weapon | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 2 | 2.3% | 0 | 0.0% |
| Forgery | 1 | 0.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Fugitive From Justice | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Gambling | 1 | 0.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Harassment | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Leaving The Scene of Accident | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% |
| Open Container | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% |
| Probation Violation | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Public Intoxication | 3 | 1.0% | 2 | 2.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Rape | 1 | 0.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Sexual Assault | 2 | 0.7% | 0 | 0.0% | 0 | 0.0% | 2 | 2.3% | 0 | 0.0% |
| Statutory Rape | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% |
| Technical | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Theft | 1 | 0.3% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Trespass/Vandalism | 3 | 1.0% | 1 | 1.1% | 0 | 0.0% | 1 | 1.1% | 1 | 1.1% |
| Violate SOR Monitoring Act | 1 | 0.3% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| Voluntary Manslaughter | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% | 1 | 1.1% | 0 | 0.0% |
| Total | 87 | 29.1% | 16 | 18.4% | 18 | 20.7% | 28 | 32.2% | 25 | 28.7% |

Rausch Sup. RFPs 0043

## Appendix B  - Other Offenders
## Demographics of Other Offenders

| Prisoner Characteristics | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Released Prisoners who, within 3 years, were -- | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Re-Arrested or Recommitted | Re-Arrested or Recommitted as a Percentage of Total Released | Recommitted | Recommitted as a Percentage of Total Released | Recommitted with a New Offense | Recommitted with a New Offense as a Percentage of Total Released |
| **All Released Prisoners Included in the Study** | **523** | **100.0%** | **407** | **77.8%** | **270** | **51.6%** | **211** | **40.3%** |
| **Gender** | | | | | | | | |
| Male | 523 | 100.0% | 407 | 77.8% | 270 | 51.6% | 211 | 40.3% |
| Female | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Race** | | | | | | | | |
| White | 246 | 47.0% | 190 | 36.3% | 120 | 22.9% | 97 | 18.5% |
| African-American | 276 | 52.8% | 216 | 41.3% | 149 | 28.5% | 113 | 21.6% |
| American Indian | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |
| Asian | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Ethnicity** | | | | | | | | |
| Hispanic | 4 | 0.8% | 4 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| Non-Hispanic | 519 | 99.2% | 403 | 77.1% | 270 | 51.6% | 211 | 40.3% |
| **Age at Time of Event** | | | | | | | | |
| 18 - 22 | 83 | 15.9% | 55 | 10.5% | 31 | 5.9% | 26 | 5.0% |
| 23 - 27 | 134 | 25.6% | 102 | 19.5% | 70 | 13.4% | 61 | 11.7% |
| 28 - 32 | 81 | 15.5% | 73 | 14.0% | 39 | 7.5% | 27 | 5.2% |
| 33 - 37 | 88 | 16.8% | 72 | 13.8% | 53 | 10.1% | 44 | 8.4% |
| 38 - 42 | 72 | 13.8% | 54 | 10.3% | 39 | 7.5% | 26 | 5.0% |
| 43 - 47 | 31 | 5.9% | 30 | 5.7% | 23 | 4.4% | 17 | 3.3% |
| 48 - 52 | 24 | 4.6% | 14 | 2.7% | 9 | 1.7% | 7 | 1.3% |
| 53 - 57 | 6 | 1.1% | 5 | 1.0% | 4 | 0.8% | 2 | 0.4% |
| 58 - 62 | 3 | 0.6% | 2 | 0.4% | 2 | 0.4% | 1 | 0.2% |
| 63 - 67 | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Rausch Sup. RFPs 0044

# Rate of Recidivism of State Prisoners Released in 2001
## by Original Offense Category

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Average Age at Time of Release | Average Number of Days Served Prior to Release | Released Prisoners who, within 3 years, were -- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Re-Arrested or Recommitted | Re-Arrested or Recommitted as a Percentage of Total Released | Recommitted | Recommitted as a Percentage of Total Released | Recommitted with a New Offense | Recommitted with a New Offense as a Percentage of Total Released |
| **All Offense Categories** | **523** | **100.0%** | **32** | **525** | **407** | **77.8%** | **270** | **51.6%** | **211** | **40.3%** |
| **Homicide Offenses** | **20** | **3.8%** | **38** | **2191** | **12** | **2.3%** | **10** | **1.9%** | **9** | **1.7%** |
| 1st Degree Murder | 3 | 0.6% | 51 | 6418 | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |
| 2nd Degree Murder | 9 | 1.7% | 38 | 2339 | 4 | 0.8% | 4 | 0.8% | 3 | 0.6% |
| Vehicular Manslaughter | 2 | 0.4% | 29 | 612 | 2 | 0.4% | 1 | 0.2% | 1 | 0.2% |
| Other Homicide | 6 | 1.1% | 35 | 382 | 5 | 1.0% | 4 | 0.8% | 4 | 0.8% |
| **Sex Offenses** | **0** | **0.0%** | **0** | **0** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Kidnapping** | **4** | **0.8%** | **28** | **1893** | **2** | **0.4%** | **2** | **0.4%** | **2** | **0.4%** |
| **Arson** | **3** | **0.6%** | **39** | **725** | **1** | **0.2%** | **1** | **0.2%** | **1** | **0.2%** |
| **Robbery Offenses** | **54** | **10.3%** | **31** | **1023** | **39** | **7.5%** | **27** | **5.2%** | **20** | **3.8%** |
| Aggravated Robbery | 37 | 7.1% | 31 | 1315 | 27 | 5.2% | 19 | 3.6% | 13 | 2.5% |
| Robbery | 17 | 3.3% | 32 | 388 | 12 | 2.3% | 8 | 1.5% | 7 | 1.3% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Drug Offenses** | **124** | **23.7%** | **31** | **413** | **104** | **19.9%** | **63** | **12.0%** | **49** | **9.4%** |
| Cocaine | 90 | 17.2% | 31 | 490 | 77 | 14.7% | 49 | 9.4% | 35 | 6.7% |
| Schedule II Drugs | 11 | 2.1% | 32 | 364 | 9 | 1.7% | 5 | 1.0% | 5 | 1.0% |
| Other Drugs | 23 | 4.4% | 31 | 133 | 18 | 3.4% | 9 | 1.7% | 9 | 1.7% |
| **Assault Offenses** | **50** | **9.6%** | **33** | **610** | **38** | **7.3%** | **23** | **4.4%** | **15** | **2.9%** |
| Aggravated Assault | 43 | 8.2% | 33 | 646 | 34 | 6.5% | 20 | 3.8% | 13 | 2.5% |
| Other Assault | 7 | 1.3% | 35 | 386 | 4 | 0.8% | 3 | 0.6% | 2 | 0.4% |
| **Burglary Offenses** | **102** | **19.5%** | **30** | **410** | **87** | **16.6%** | **57** | **10.9%** | **45** | **8.6%** |
| Burglary - Habitation | 53 | 10.1% | 29 | 516 | 47 | 9.0% | 32 | 6.1% | 26 | 5.0% |
| Burglary - Non-habitation | 32 | 6.1% | 33 | 369 | 25 | 4.8% | 15 | 2.9% | 11 | 2.1% |
| Other Burglary | 17 | 3.3% | 29 | 156 | 15 | 2.9% | 10 | 1.9% | 8 | 1.5% |
| **Theft Offenses** | **66** | **12.6%** | **28** | **291** | **51** | **9.8%** | **40** | **7.6%** | **32** | **6.1%** |
| Theft - $1,000+ | 52 | 9.9% | 28 | 324 | 41 | 7.8% | 33 | 6.3% | 28 | 5.4% |
| Theft - $500-999 | 12 | 2.3% | 29 | 167 | 8 | 1.5% | 7 | 1.3% | 4 | 0.8% |
| Other Theft | 2 | 0.4% | 36 | 164 | 2 | 0.4% | 0 | 0.0% | N/A | N/A |
| **Forgery, Fraud, Embezzlement** | **20** | **3.8%** | **33** | **136** | **16** | **3.1%** | **12** | **2.3%** | **10** | **1.9%** |
| **All Other Offenses** | **78** | **14.9%** | **35** | **260** | **56** | **10.7%** | **34** | **6.5%** | **27** | **5.2%** |
| **Unknown** | **2** | **0.4%** | **40** | **31** | **1** | **0.2%** | **1** | **0.2%** | **1** | **0.2%** |

Rausch Sup. RFPs 0045

# Re-Arrested or Recommitted Time Frame by Original Offense Category

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Re-Arrested or Recommitted | Re-Arrested or Recommitted as a Percentage of Total Released | Re-Arrested or Recommitted | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| All Offense Categories | 523 | 100.0% | 407 | 77.8% | 106 | 20.3% | 102 | 19.5% | 124 | 23.7% | 75 | 14.3% |
| Homicide Offenses | 20 | 3.8% | 12 | 2.3% | 2 | 0.4% | 1 | 0.2% | 5 | 1.0% | 4 | 0.8% |
| 1st Degree Murder | 3 | 0.6% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| 2nd Degree Murder | 9 | 1.7% | 4 | 0.8% | 0 | 0.0% | 0 | 0.0% | 3 | 0.6% | 1 | 0.2% |
| Vehicular Manslaughter | 2 | 0.4% | 2 | 0.4% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| Other Homicide | 6 | 1.1% | 5 | 1.0% | 1 | 0.2% | 1 | 0.2% | 2 | 0.4% | 1 | 0.2% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 4 | 0.8% | 2 | 0.4% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 1 | 0.2% |
| Arson | 3 | 0.6% | 1 | 0.2% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 54 | 10.3% | 39 | 7.5% | 3 | 0.6% | 21 | 4.0% | 8 | 1.5% | 7 | 1.3% |
| Aggravated Robbery | 37 | 7.1% | 27 | 5.2% | 3 | 0.6% | 13 | 2.5% | 6 | 1.1% | 5 | 1.0% |
| Robbery | 17 | 3.3% | 12 | 2.3% | 0 | 0.0% | 8 | 1.5% | 2 | 0.4% | 2 | 0.4% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 124 | 23.7% | 104 | 19.9% | 34 | 6.5% | 22 | 4.2% | 32 | 6.1% | 16 | 3.1% |
| Cocaine | 90 | 17.2% | 77 | 14.7% | 25 | 4.8% | 15 | 2.9% | 25 | 4.8% | 12 | 2.3% |
| Schedule II Drugs | 11 | 2.1% | 9 | 1.7% | 1 | 0.2% | 3 | 0.6% | 3 | 0.6% | 2 | 0.4% |
| Other Drugs | 23 | 4.4% | 18 | 3.4% | 8 | 1.5% | 4 | 0.8% | 4 | 0.8% | 2 | 0.4% |
| Assault Offenses | 50 | 9.6% | 38 | 7.3% | 11 | 2.1% | 5 | 1.0% | 16 | 3.1% | 6 | 1.1% |
| Aggravated Assault | 43 | 8.2% | 34 | 6.5% | 9 | 1.7% | 4 | 0.8% | 15 | 2.9% | 6 | 1.1% |
| Other Assault | 7 | 1.3% | 4 | 0.8% | 2 | 0.4% | 1 | 0.2% | 1 | 0.2% | 0 | 0.0% |
| Burglary Offenses | 102 | 19.5% | 87 | 16.6% | 23 | 4.4% | 25 | 4.8% | 26 | 5.0% | 13 | 2.5% |
| Burglary - Habitation | 53 | 10.1% | 47 | 9.0% | 10 | 1.9% | 14 | 2.7% | 16 | 3.1% | 7 | 1.3% |
| Burglary - Non-habitation | 32 | 6.1% | 25 | 4.8% | 10 | 1.9% | 8 | 1.5% | 4 | 0.8% | 3 | 0.6% |
| Other Burglary | 17 | 3.3% | 15 | 2.9% | 3 | 0.6% | 3 | 0.6% | 6 | 1.1% | 3 | 0.6% |
| Theft Offenses | 66 | 12.6% | 51 | 9.8% | 10 | 1.9% | 12 | 2.3% | 19 | 3.6% | 10 | 1.9% |
| Theft - $1,000+ | 52 | 9.9% | 41 | 7.8% | 8 | 1.5% | 9 | 1.7% | 16 | 3.1% | 8 | 1.5% |
| Theft - $500-999 | 12 | 2.3% | 8 | 1.5% | 2 | 0.4% | 2 | 0.4% | 3 | 0.6% | 1 | 0.2% |
| Other Theft | 2 | 0.4% | 2 | 0.4% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% | 1 | 0.2% |
| Forgery, Fraud, Embezzlement | 20 | 3.8% | 16 | 3.1% | 5 | 1.0% | 2 | 0.4% | 7 | 1.3% | 2 | 0.4% |
| All Other Offenses | 78 | 14.9% | 56 | 10.7% | 17 | 3.3% | 14 | 2.7% | 9 | 1.7% | 16 | 3.1% |
| Unknown | 2 | 0.4% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% |

# Re-Arrested Time Frame by Original Offense Category

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Re-Arrested | Re-Arrested as a Percentage of Total Released | Re-Arrested | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| **All Offense Categories** | **523** | **100.0%** | **137** | **26.2%** | **52** | **9.9%** | **21** | **4.0%** | **34** | **6.5%** | **30** | **5.7%** |
| **Homicide Offenses** | **20** | **3.8%** | **2** | **0.4%** | **1** | **0.2%** | **0** | **0.0%** | **1** | **0.2%** | **0** | **0.0%** |
| 1st Degree Murder | 3 | 0.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 9 | 1.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 2 | 0.4% | 1 | 0.2% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 6 | 1.1% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% |
| **Sex Offenses** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Kidnapping** | **4** | **0.8%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| **Arson** | **3** | **0.6%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| **Robbery Offenses** | **54** | **10.3%** | **12** | **2.3%** | **2** | **0.4%** | **6** | **1.1%** | **1** | **0.2%** | **3** | **0.6%** |
| Aggravated Robbery | 37 | 7.1% | 8 | 1.5% | 2 | 0.4% | 3 | 0.6% | 1 | 0.2% | 2 | 0.4% |
| Robbery | 17 | 3.3% | 4 | 0.8% | 0 | 0.0% | 3 | 0.6% | 0 | 0.0% | 1 | 0.2% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Drug Offenses** | **124** | **23.7%** | **41** | **7.8%** | **17** | **3.3%** | **4** | **0.8%** | **13** | **2.5%** | **7** | **1.3%** |
| Cocaine | 90 | 17.2% | 28 | 5.4% | 12 | 2.3% | 2 | 0.4% | 9 | 1.7% | 5 | 1.0% |
| Schedule II Drugs | 11 | 2.1% | 4 | 0.8% | 0 | 0.0% | 1 | 0.2% | 2 | 0.4% | 1 | 0.2% |
| Other Drugs | 23 | 4.4% | 9 | 1.7% | 5 | 1.0% | 1 | 0.2% | 2 | 0.4% | 1 | 0.2% |
| **Assault Offenses** | **50** | **9.6%** | **15** | **2.9%** | **5** | **1.0%** | **0** | **0.0%** | **7** | **1.3%** | **3** | **0.6%** |
| Aggravated Assault | 43 | 8.2% | 14 | 2.7% | 5 | 1.0% | 0 | 0.0% | 6 | 1.1% | 3 | 0.6% |
| Other Assault | 7 | 1.3% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% |
| **Burglary Offenses** | **102** | **19.5%** | **30** | **5.7%** | **12** | **2.3%** | **6** | **1.1%** | **6** | **1.1%** | **6** | **1.1%** |
| Burglary - Habitation | 53 | 10.1% | 15 | 2.9% | 5 | 1.0% | 3 | 0.6% | 3 | 0.6% | 4 | 0.8% |
| Burglary - Non-habitation | 32 | 6.1% | 10 | 1.9% | 5 | 1.0% | 2 | 0.4% | 1 | 0.2% | 2 | 0.4% |
| Other Burglary | 17 | 3.3% | 5 | 1.0% | 2 | 0.4% | 1 | 0.2% | 2 | 0.4% | 0 | 0.0% |
| **Theft Offenses** | **66** | **12.6%** | **11** | **2.1%** | **3** | **0.6%** | **1** | **0.2%** | **3** | **0.6%** | **4** | **0.8%** |
| Theft - $1,000+ | 52 | 9.9% | 8 | 1.5% | 3 | 0.6% | 0 | 0.0% | 3 | 0.6% | 2 | 0.4% |
| Theft - $500-999 | 12 | 2.3% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| Other Theft | 2 | 0.4% | 2 | 0.4% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% | 1 | 0.2% |
| **Forgery, Fraud, Embezzlement** | **20** | **3.8%** | **4** | **0.8%** | **3** | **0.6%** | **0** | **0.0%** | **0** | **0.0%** | **1** | **0.2%** |
| **All Other Offenses** | **78** | **14.9%** | **22** | **4.2%** | **9** | **1.7%** | **4** | **0.8%** | **3** | **0.6%** | **6** | **1.1%** |
| **Unknown** | **2** | **0.4%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |

Rausch Sup. RFPs 0047

Rausch Sup. RFPs 0048

# Recommitment Time Frame by Original Offense Category

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Recommitted | Recommitted as a Percentage of Total Released | Recommited 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Offense Categories | 523 | 100.0% | 270 | 51.6% | 54 | 10.3% | 81 | 15.5% | 90 | 17.2% | 45 | 8.6% |
| Homicide Offenses | 20 | 3.8% | 10 | 1.9% | 1 | 0.2% | 1 | 0.2% | 4 | 0.8% | 4 | 0.8% |
| 1st Degree Murder | 3 | 0.6% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| 2nd Degree Murder | 9 | 1.7% | 4 | 0.8% | 0 | 0.0% | 0 | 0.0% | 3 | 0.6% | 1 | 0.2% |
| Vehicular Manslaughter | 2 | 0.4% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| Other Homicide | 6 | 1.1% | 4 | 0.8% | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% | 1 | 0.2% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 4 | 0.8% | 2 | 0.4% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 1 | 0.2% |
| Arson | 3 | 0.6% | 1 | 0.2% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 54 | 10.3% | 27 | 5.2% | 1 | 0.2% | 15 | 2.9% | 7 | 1.3% | 4 | 0.8% |
| Aggravated Robbery | 37 | 7.1% | 19 | 3.6% | 1 | 0.2% | 10 | 1.9% | 5 | 1.0% | 3 | 0.6% |
| Robbery | 17 | 3.3% | 8 | 1.5% | 0 | 0.0% | 5 | 1.0% | 2 | 0.4% | 1 | 0.2% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 124 | 23.7% | 63 | 12.0% | 17 | 3.3% | 18 | 3.4% | 19 | 3.6% | 9 | 1.7% |
| Cocaine | 90 | 17.2% | 49 | 9.4% | 13 | 2.5% | 13 | 2.5% | 16 | 3.1% | 7 | 1.3% |
| Schedule II Drugs | 11 | 2.1% | 5 | 1.0% | 1 | 0.2% | 2 | 0.4% | 1 | 0.2% | 1 | 0.2% |
| Other Drugs | 23 | 4.4% | 9 | 1.7% | 3 | 0.6% | 3 | 0.6% | 2 | 0.4% | 1 | 0.2% |
| Assault Offenses | 50 | 9.6% | 23 | 4.4% | 6 | 1.1% | 5 | 1.0% | 9 | 1.7% | 3 | 0.6% |
| Aggravated Assault | 43 | 8.2% | 20 | 3.8% | 4 | 0.8% | 4 | 0.8% | 9 | 1.7% | 3 | 0.6% |
| Other Assault | 7 | 1.3% | 3 | 0.6% | 2 | 0.4% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 102 | 19.5% | 57 | 10.9% | 11 | 2.1% | 19 | 3.6% | 20 | 3.8% | 7 | 1.3% |
| Burglary - Habitation | 53 | 10.1% | 32 | 6.1% | 5 | 1.0% | 11 | 2.1% | 13 | 2.5% | 3 | 0.6% |
| Burglary - Non-habitation | 32 | 6.1% | 15 | 2.9% | 5 | 1.0% | 6 | 1.1% | 3 | 0.6% | 1 | 0.2% |
| Other Burglary | 17 | 3.3% | 10 | 1.9% | 1 | 0.2% | 2 | 0.4% | 4 | 0.8% | 3 | 0.6% |
| Theft Offenses | 66 | 12.6% | 40 | 7.6% | 7 | 1.3% | 11 | 2.1% | 16 | 3.1% | 6 | 1.1% |
| Theft - $1,000+ | 52 | 9.9% | 33 | 6.3% | 5 | 1.0% | 9 | 1.7% | 13 | 2.5% | 6 | 1.1% |
| Theft - $500-999 | 12 | 2.3% | 7 | 1.3% | 2 | 0.4% | 2 | 0.4% | 3 | 0.6% | 0 | 0.0% |
| Other Theft | 2 | 0.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Forgery, Fraud, Embezzlement | 20 | 3.8% | 12 | 2.3% | 2 | 0.4% | 2 | 0.4% | 7 | 1.3% | 1 | 0.2% |
| All Other Offenses | 78 | 14.9% | 34 | 6.5% | 8 | 1.5% | 10 | 1.9% | 6 | 1.1% | 10 | 1.9% |
| Unknown | 2 | 0.4% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% |

Rausch Sup. RFPs 0049

30

## Rate of Recidivism of State Prisoners Released in 2001 by Original Offense Category

| Original Offense Category | 1st Degree Murder | 2nd Degree Murder | Aggravated Sexual Battery | Other Sex Offenses | Kidnapping | Aggravated Robbery | Robbery | Other Robbery | Cocaine | Schedule II Drugs | Other Drugs | Aggravated Assault | Other Assault | Burglary - Habitation | Burglary - Non-habitation | Other Burglary | Theft - $1,000+ | Theft - $500-999 | Other Theft | Forgery, Fraud, Embezzlement | All Other Offenses | Technical | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | **Re-Arrest or Recommitment Offense Category** | | | | | | | | |
| **Homicide Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 6 | 12 |
| 1st Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 2nd Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Vehicular Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Other Homicide | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 |
| **Sex Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Sexual Battery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Sex Offenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Kidnapping** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| **Arson** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| **Robbery Offenses** | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 15 | 12 | 39 |
| Aggravated Robbery | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 8 | 27 |
| Robbery | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 12 |
| Other Robbery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Drug Offenses** | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 5 | 3 | 17 | 4 | 3 | 0 | 0 | 0 | 1 | 1 | 1 | 4 | 37 | 25 | 104 |
| Cocaine | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 3 | 27 | 20 | 77 |
| Schedule II Drugs | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 9 |
| Other Drugs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 4 | 18 |
| **Assault Offenses** | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 10 | 4 | 38 |
| Aggravated Assault | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 9 | 2 | 34 |
| Other Assault | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 4 |
| **Burglary Offenses** | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 1 | 5 | 5 | 1 | 9 | 2 | 4 | 1 | 3 | 11 | 0 | 22 | 20 | 87 |
| Burglary - Habitation | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 2 | 0 | 9 | 0 | 1 | 1 | 3 | 4 | 0 | 10 | 14 | 47 |
| Burglary - Non-habitation | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 4 | 0 | 0 | 3 | 25 |
| Other Burglary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 3 | 4 | 15 |
| **Theft Offenses** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 3 | 3 | 3 | 2 | 0 | 0 | 1 | 1 | 3 | 0 | 20 | 15 | 51 |
| Theft - $1,000+ | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 15 | 15 | 41 |
| Theft - $500-999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 8 |
| Other Theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| **Forgery, Fraud, Embezzlement** | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 | 1 | 1 | 0 | 6 | 2 | 16 |
| **All Other Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 3 | 6 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 28 | 10 | 56 |
| **Unknown** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| **All Offense Categories** | 2 | 1 | 1 | 1 | 1 | 6 | 3 | 2 | 8 | 5 | 40 | 28 | 15 | 12 | 2 | 6 | 5 | 7 | 22 | 2 | 141 | 97 | 407 |

# Rate of Recidivism of State Prisoners Released in 2001 by Original Offense Category

| Original Offense Category | Re-Arrest Offense Category | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Other Sex Offenses | Aggravated Robbery | Robbery | Cocaine | Schedule II Drugs | Other Drugs | Aggravated Assault | Other Assault | Other Burglary | Theft - $1,000+ | Theft - $500-999 | Other Theft | Forgery, Fraud, Embezzlement | All Other Offenses | Technical | Total |
| **Homicide Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | **2** |
| 1st Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2nd Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicular Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Homicide | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| **Sex Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Aggravated Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Sexual Battery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Sex Offenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Kidnapping** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Arson** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Robbery Offenses** | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 0 | **12** |
| Aggravated Robbery | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 8 |
| Robbery | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 4 |
| Other Robbery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Drug Offenses** | 0 | 0 | 1 | 1 | 1 | 10 | 3 | 2 | 0 | 1 | 1 | 0 | 1 | 19 | 1 | **41** |
| Cocaine | 0 | 0 | 0 | 1 | 1 | 5 | 1 | 2 | 0 | 1 | 1 | 0 | 1 | 14 | 1 | 28 |
| Schedule II Drugs | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| Other Drugs | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 9 |
| **Assault Offenses** | 1 | 1 | 1 | 0 | 1 | 2 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 5 | 0 | **15** |
| Aggravated Assault | 1 | 1 | 1 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 5 | 0 | 14 |
| Other Assault | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **Burglary Offenses** | 0 | 0 | 0 | 1 | 1 | 3 | 3 | 1 | 1 | 1 | 0 | 5 | 0 | 14 | 0 | **30** |
| Burglary - Habitation | 0 | 0 | 0 | 1 | 1 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 7 | 0 | 15 |
| Burglary - Non-habitation | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 5 | 0 | 10 |
| Other Burglary | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 2 | 0 | 5 |
| **Theft Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 7 | 1 | **11** |
| Theft - $1,000+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 5 | 1 | 8 |
| Theft - $500-999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Other Theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
| **Forgery, Fraud, Embezzlement** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | **4** |
| **All Other Offenses** | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | **22** |
| **Unknown** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **All Offense Categories** | **1** | **3** | **2** | **2** | **3** | **20** | **12** | **9** | **1** | **2** | **1** | **7** | **2** | **70** | **2** | **137** |

Rausch Sup. RFPs 0050

Rausch Sup. RFPs 0051

32

## Rate of Recidivism of State Prisoners Released in 2001 by Original Offense Category

| Original Offense Category | Recommitment Offense Category | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st Degree Murder | 2nd Degree Murder | Aggravated Sexual Battery | Kidnapping | Aggravated Robbery | Robbery | Other Robbery | Cocaine | Schedule II Drugs | Other Drugs | Aggravated Assault | Other Assault | Burglary - Habitation | Burglary - Non-Habitation | Other Burglary | Theft - $1,000+ | Theft - $500-999 | Other Theft | All Other Offenses | Technical | |
| **Homicide Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 6 | 10 |
| 1st Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 2nd Degree Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| Vehicular Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Other Homicide | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| **Sex Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Sexual Battery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Sex Offenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Kidnapping** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| **Arson** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **Robbery Offenses** | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 8 | 12 | 27 |
| Aggravated Robbery | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 | 9 | 19 |
| Robbery | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 8 |
| Other Robbery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Drug Offenses** | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 2 | 7 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 18 | 24 | 63 |
| Cocaine | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 2 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 13 | 15 | 49 |
| Schedule II Drugs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 5 |
| Other Drugs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 9 |
| **Assault Offenses** | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 3 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 4 | 23 |
| Aggravated Assault | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 4 | 20 |
| Other Assault | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 3 |
| **Burglary Offenses** | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 9 | 0 | 3 | 0 | 3 | 6 | 8 | 20 | 57 |
| Burglary - Habitation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 3 | 3 | 14 | 32 |
| Burglary - Non-habitation | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 1 | 0 | 1 | 1 | 4 | 15 |
| Other Burglary | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 4 | 16 |
| **Theft Offenses** | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 1 | 2 | 0 | 0 | 0 | 1 | 2 | 13 | 15 | 40 |
| Theft - $1,000+ | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 10 | 14 | 33 |
| Theft - $500-999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 7 |
| Other Theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Forgery, Fraud, Embezzlement** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 | 1 | 1 | 3 | 2 | 12 |
| **All Other Offenses** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 3 | 1 | 0 | 1 | 0 | 1 | 1 | 14 | 10 | 34 |
| **Unknown** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| **All Offense Categories** | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 6 | 2 | 20 | 16 | 6 | 12 | 2 | 5 | 3 | 6 | 15 | 71 | 95 | 270 |

Rausch Sup. RFPs 0052

# Re-Arrested Time Frame by Original Offense Category
## Released to Parole

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included In the Study as a Percentage | Re-Arrested | Re-Arrested as a Percentage | Re-Arrested | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| **All Offense Categories** | **142** | **100.0%** | **26** | **18.3%** | **9** | **6.3%** | **2** | **1.4%** | **9** | **6.3%** | **6** | **4.2%** |
| Homicide Offenses | 11 | 7.7% | 1 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| 1st Degree Murder | 3 | 2.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 5 | 3.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 3 | 2.1% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Arson | 2 | 1.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 33 | 23.2% | 5 | 3.5% | 1 | 0.7% | 1 | 0.7% | 1 | 0.7% | 2 | 1.4% |
| Aggravated Robbery | 27 | 19.0% | 5 | 3.5% | 1 | 0.7% | 1 | 0.7% | 1 | 0.7% | 2 | 1.4% |
| Robbery | 6 | 4.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 41 | 28.9% | 12 | 8.5% | 4 | 2.8% | 0 | 0.0% | 6 | 4.2% | 2 | 1.4% |
| Cocaine | 37 | 26.1% | 10 | 7.0% | 4 | 2.8% | 0 | 0.0% | 4 | 2.8% | 2 | 1.4% |
| Schedule II Drugs | 3 | 2.1% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Other Drugs | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Assault Offenses | 4 | 2.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Assault | 4 | 2.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Assault | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 20 | 14.1% | 4 | 2.8% | 2 | 1.4% | 1 | 0.7% | 0 | 0.0% | 1 | 0.7% |
| Burglary - Habitation | 14 | 9.9% | 2 | 1.4% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% |
| Burglary - Non-habitation | 6 | 4.2% | 2 | 1.4% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| Other Burglary | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft Offenses | 18 | 12.7% | 4 | 2.8% | 2 | 1.4% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% |
| Theft - $1,000+ | 16 | 11.3% | 3 | 2.1% | 2 | 1.4% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Theft - $500-999 | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Theft | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| Forgery, Fraud, Embezzlement | 2 | 1.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| All Other Offenses | 10 | 7.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

# Re-Arrested Time Frame by Original Offense Category
## Released to Probation

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Re-Arrested | Re-Arrested as a Percentage | Re-Arrested 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Offense Categories | 191 | 100.0% | 52 | 27.2% | 24 | 12.6% | 7 | 3.7% | 7 | 3.7% | 14 | 7.3% |
| Homicide Offenses | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Arson | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 8 | 4.2% | 3 | 1.6% | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% |
| Aggravated Robbery | 3 | 1.6% | 1 | 0.0% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery | 5 | 2.6% | 2 | 0.0% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 44 | 23.0% | 15 | 7.9% | 7 | 3.7% | 2 | 1.0% | 3 | 1.6% | 3 | 1.6% |
| Cocaine | 25 | 13.1% | 8 | 0.0% | 3 | 1.6% | 1 | 0.5% | 2 | 1.0% | 2 | 1.0% |
| Schedule II Drugs | 3 | 1.6% | 1 | 0.0% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% |
| Other Drugs | 16 | 8.4% | 6 | 0.0% | 4 | 2.1% | 0 | 0.0% | 1 | 0.5% | 1 | 0.5% |
| Assault Offenses | 20 | 10.5% | 4 | 2.1% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% | 2 | 1.0% |
| Aggravated Assault | 16 | 8.4% | 4 | 0.0% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% | 2 | 1.0% |
| Other Assault | 4 | 2.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 31 | 16.2% | 7 | 3.7% | 5 | 2.6% | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% |
| Burglary - Habitation | 11 | 5.8% | 2 | 0.0% | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% |
| Burglary - Non-habitation | 11 | 5.8% | 3 | 0.0% | 3 | 1.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Burglary | 9 | 4.7% | 2 | 0.0% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% | 0 | 0.5% |
| Theft Offenses | 26 | 13.6% | 7 | 3.7% | 1 | 0.5% | 1 | 0.5% | 2 | 1.0% | 3 | 1.6% |
| Theft - $1,000+ | 16 | 8.4% | 5 | 0.0% | 1 | 0.5% | 0 | 0.0% | 2 | 1.0% | 2 | 1.0% |
| Theft - $500-999 | 9 | 4.7% | 1 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.5% |
| Other Theft | 1 | 0.5% | 1 | 0.0% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 0 | 0.5% |
| Forgery, Fraud, Embezzlement | 12 | 6.3% | 3 | 1.6% | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.5% |
| All Other Offenses | 45 | 23.6% | 13 | 6.8% | 7 | 3.7% | 2 | 1.0% | 0 | 0.0% | 4 | 2.1% |
| Unknown | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Rausch Sup. RFPs 0053

34

# Re-Arrested Time Frame by Original Offense Category
## Released to Community Corrections

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Re-Arrested | Re-Arrested as a Percentage | Re-Arrested | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| **All Offense Categories** | **38** | **100.0%** | **10** | **26.3%** | **6** | **15.8%** | **0** | **0.0%** | **3** | **7.9%** | **1** | **2.6%** |
| **Homicide Offenses** | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Sex Offenses** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Kidnapping** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Arson** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Robbery Offenses** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Robbery | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Drug Offenses** | 13 | 34.2% | 5 | 13.2% | 2 | 5.3% | 0 | 0.0% | 2 | 5.3% | 1 | 2.6% |
| Cocaine | 9 | 23.7% | 5 | 0.0% | 2 | 5.3% | 0 | 0.0% | 2 | 5.3% | 1 | 2.6% |
| Schedule II Drugs | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Drugs | 3 | 7.9% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Assault Offenses** | 1 | 2.6% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Assault | 1 | 2.6% | 1 | 0.0% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Assault | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Burglary Offenses** | 7 | 18.4% | 3 | 7.9% | 2 | 5.3% | 0 | 0.0% | 1 | 2.6% | 0 | 0.0% |
| Burglary - Habitation | 5 | 13.2% | 2 | 0.0% | 1 | 2.6% | 0 | 0.0% | 1 | 2.6% | 0 | 0.0% |
| Burglary - Non-habitation | 2 | 5.3% | 1 | 0.0% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Burglary | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Theft Offenses** | 8 | 21.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft - $1,000+ | 8 | 21.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft - $500-999 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Theft | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Forgery, Fraud, Embezzlement** | 4 | 10.5% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **All Other Offenses** | 4 | 10.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Unknown** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Rausch Sup. RFPs 0055

# Re-Arrested Time Frame by Original Offense Category
## Released to Expiration of Sentence

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Re-Arrested | Re-Arrested as a Percentage | Re-Arrested | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| All Offense Categories | 149 | 100.0% | 48 | 32.2% | 13 | 8.7% | 12 | 8.1% | 15 | 10.1% | 8 | 5.4% |
| Homicide Offenses | 6 | 4.0% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 4 | 2.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 1 | 0.7% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Arson | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 13 | 8.7% | 4 | 2.7% | 0 | 0.0% | 4 | 2.7% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Robbery | 7 | 4.7% | 2 | 1.3% | 0 | 0.0% | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% |
| Robbery | 6 | 4.0% | 2 | 1.3% | 0 | 0.0% | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 25 | 16.8% | 9 | 6.0% | 4 | 2.7% | 2 | 1.3% | 2 | 1.3% | 1 | 0.7% |
| Cocaine | 19 | 12.8% | 5 | 3.4% | 3 | 2.0% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% |
| Schedule II Drugs | 3 | 2.0% | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% |
| Other Drugs | 3 | 2.0% | 2 | 1.3% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% |
| Assault Offenses | 25 | 16.8% | 10 | 6.7% | 3 | 2.0% | 0 | 0.0% | 6 | 4.0% | 1 | 0.7% |
| Aggravated Assault | 22 | 14.8% | 9 | 6.0% | 3 | 2.0% | 0 | 0.0% | 5 | 3.4% | 1 | 0.7% |
| Other Assault | 3 | 2.0% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Burglary Offenses | 42 | 28.2% | 15 | 10.1% | 3 | 2.0% | 4 | 2.7% | 4 | 2.7% | 4 | 2.7% |
| Burglary - Habitation | 22 | 14.8% | 8 | 5.4% | 2 | 1.3% | 1 | 0.7% | 2 | 1.3% | 3 | 2.0% |
| Burglary - Non-habitation | 13 | 8.7% | 4 | 2.7% | 0 | 0.0% | 2 | 1.3% | 1 | 0.7% | 1 | 0.7% |
| Other Burglary | 7 | 4.7% | 3 | 2.0% | 1 | 0.7% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% |
| Theft Offenses | 14 | 9.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft - $1,000+ | 12 | 8.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft - $500-999 | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Theft | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Forgery, Fraud, Embezzlement | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| All Other Offenses | 19 | 12.8% | 9 | 6.0% | 2 | 1.3% | 2 | 1.3% | 3 | 2.0% | 2 | 1.3% |
| Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

# Recommitment Time Frame by Original Offense Category
# Released to Parole

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Recommitted | Recommitted as a Percentage | Recommitted | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
| All Offense Categories | 142 | 100.0% | 79 | 55.6% | 13 | 9.2% | 28 | 19.7% | 25 | 17.6% | 13 | 9.2% |
| Homicide Offenses | 11 | 7.7% | 5 | 3.5% | 0 | 0.0% | 0 | 0.0% | 3 | 2.1% | 2 | 1.4% |
| 1st Degree Murder | 3 | 2.1% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| 2nd Degree Murder | 5 | 3.5% | 3 | 2.1% | 0 | 0.0% | 0 | 0.0% | 2 | 1.4% | 1 | 0.7% |
| Vehicular Manslaughter | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 3 | 2.1% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| Arson | 2 | 1.4% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 33 | 23.2% | 17 | 12.0% | 0 | 0.0% | 10 | 7.0% | 4 | 2.8% | 3 | 2.1% |
| Aggravated Robbery | 27 | 19.0% | 13 | 9.2% | 0 | 0.0% | 6 | 4.2% | 4 | 2.8% | 3 | 2.1% |
| Robbery | 6 | 4.2% | 4 | 2.8% | 0 | 0.0% | 4 | 2.8% | 0 | 0.0% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 41 | 28.9% | 21 | 14.8% | 4 | 2.8% | 6 | 4.2% | 8 | 5.6% | 3 | 2.1% |
| Cocaine | 37 | 26.1% | 21 | 14.8% | 4 | 2.8% | 6 | 4.2% | 8 | 5.6% | 3 | 2.1% |
| Schedule II Drugs | 3 | 2.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Drugs | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Assault Offenses | 4 | 2.8% | 2 | 1.4% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% |
| Aggravated Assault | 4 | 2.8% | 2 | 1.4% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% |
| Other Assault | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 20 | 14.1% | 14 | 9.9% | 3 | 2.1% | 7 | 4.9% | 2 | 1.4% | 2 | 1.4% |
| Burglary - Habitation | 14 | 9.9% | 12 | 8.5% | 3 | 2.1% | 5 | 3.5% | 2 | 1.4% | 2 | 1.4% |
| Burglary - Non-habitation | 6 | 4.2% | 2 | 1.4% | 0 | 0.0% | 2 | 1.4% | 0 | 0.0% | 0 | 0.0% |
| Other Burglary | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft Offenses | 18 | 12.7% | 10 | 7.0% | 3 | 2.1% | 2 | 1.4% | 4 | 2.8% | 1 | 0.7% |
| Theft - $1,000+ | 16 | 11.3% | 9 | 6.3% | 2 | 1.4% | 2 | 1.4% | 4 | 2.8% | 1 | 0.7% |
| Theft - $500-999 | 1 | 0.7% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Theft | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Forgery, Fraud, Embezzlement | 2 | 1.4% | 2 | 1.4% | 1 | 0.7% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| All Other Offenses | 10 | 7.0% | 6 | 4.2% | 1 | 0.7% | 2 | 1.4% | 2 | 1.4% | 1 | 0.7% |
| Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

# Recommitment Time Frame by Original Offense Category
## Released to Probation

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Recommitted | Recommitted as a Percentage | Recommitted 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **All Offense Categories** | **191** | **100.0%** | **105** | **55.0%** | **23** | **12.0%** | **35** | **18.3%** | **32** | **16.8%** | **15** | **7.9%** |
| **Homicide Offenses** | **2** | **1.0%** | **2** | **1.0%** | **1** | **0.5%** | **0** | **0.0%** | **0** | **0.0%** | **1** | **0.5%** |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.5% |
| Other Homicide | 1 | 0.5% | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Sex Offenses** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Kidnapping** | **1** | **0.5%** | **1** | **0.5%** | **0** | **0.0%** | **0** | **0.0%** | **1** | **0.5%** | **0** | **0.0%** |
| **Arson** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| **Robbery Offenses** | **8** | **4.2%** | **4** | **2.1%** | **0** | **0.0%** | **3** | **1.6%** | **1** | **0.5%** | **0** | **0.0%** |
| Aggravated Robbery | 3 | 1.6% | 2 | 1.0% | 0 | 0.0% | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery | 5 | 2.6% | 2 | 1.0% | 0 | 0.0% | 1 | 0.5% | 1 | 0.5% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Drug Offenses** | **44** | **23.0%** | **24** | **12.6%** | **4** | **2.1%** | **9** | **4.7%** | **7** | **3.7%** | **4** | **2.1%** |
| Cocaine | 25 | 13.1% | 15 | 7.9% | 3 | 1.6% | 5 | 2.6% | 5 | 2.6% | 2 | 1.0% |
| Schedule II Drugs | 3 | 1.6% | 2 | 1.0% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% |
| Other Drugs | 16 | 8.4% | 7 | 3.7% | 1 | 0.5% | 3 | 1.6% | 2 | 1.0% | 1 | 0.5% |
| **Assault Offenses** | **20** | **10.5%** | **13** | **6.8%** | **5** | **2.6%** | **4** | **2.1%** | **4** | **2.1%** | **0** | **0.0%** |
| Aggravated Assault | 16 | 8.4% | 10 | 5.2% | 3 | 1.6% | 3 | 1.6% | 4 | 2.1% | 0 | 0.0% |
| Other Assault | 4 | 2.1% | 3 | 1.6% | 2 | 1.0% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% |
| **Burglary Offenses** | **31** | **16.2%** | **19** | **9.9%** | **5** | **2.6%** | **4** | **2.1%** | **8** | **4.2%** | **2** | **1.0%** |
| Burglary - Habitation | 11 | 5.8% | 8 | 4.2% | 1 | 0.5% | 2 | 1.0% | 5 | 2.6% | 0 | 0.0% |
| Burglary - Non-habitation | 11 | 5.8% | 5 | 2.6% | 3 | 1.6% | 0 | 0.0% | 1 | 0.5% | 1 | 0.5% |
| Other Burglary | 9 | 4.7% | 6 | 3.1% | 1 | 0.5% | 2 | 1.0% | 2 | 1.0% | 1 | 0.5% |
| **Theft Offenses** | **26** | **13.6%** | **12** | **6.3%** | **1** | **0.5%** | **7** | **3.7%** | **3** | **1.6%** | **1** | **0.5%** |
| Theft - $1,000+ | 16 | 8.4% | 8 | 4.2% | 1 | 0.5% | 5 | 2.6% | 1 | 0.5% | 1 | 0.5% |
| Theft - $500-999 | 9 | 4.7% | 4 | 2.1% | 0 | 0.0% | 2 | 1.0% | 2 | 1.0% | 0 | 0.0% |
| Other Theft | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Forgery, Fraud, Embezzlement** | **12** | **6.3%** | **7** | **3.7%** | **1** | **0.5%** | **2** | **1.0%** | **3** | **1.6%** | **1** | **0.5%** |
| **All Other Offenses** | **45** | **23.6%** | **22** | **11.5%** | **6** | **3.1%** | **6** | **3.1%** | **4** | **2.1%** | **6** | **3.1%** |
| **Unknown** | **2** | **1.0%** | **1** | **0.5%** | **0** | **0.0%** | **0** | **0.0%** | **1** | **0.5%** | **0** | **0.0%** |

Rausch Sup. RFPs 0057

# Recommitment Time Frame by Original Offense Category
# Released to Community Corrections

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Recommitted | Recommitted as a Percentage | Recommitted 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Offense Categories | 38 | 100.0% | 20 | 52.6% | 4 | 10.5% | 6 | 15.8% | 8 | 21.1% | 2 | 5.3% |
| Homicide Offenses | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Vehicular Manslaughter | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Arson | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Robbery | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 13 | 34.2% | 6 | 15.8% | 3 | 7.9% | 2 | 5.3% | 1 | 2.6% | 0 | 0.0% |
| Cocaine | 9 | 23.7% | 3 | 7.9% | 1 | 2.6% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% |
| Schedule II Drugs | 1 | 2.6% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Drugs | 3 | 7.9% | 2 | 5.3% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% |
| Assault Offenses | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Assault | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Assault | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 7 | 18.4% | 4 | 10.5% | 0 | 0.0% | 2 | 5.3% | 2 | 5.3% | 0 | 0.0% |
| Burglary - Habitation | 5 | 13.2% | 3 | 7.9% | 0 | 0.0% | 1 | 2.6% | 2 | 5.3% | 0 | 0.0% |
| Burglary - Non-habitation | 2 | 5.3% | 1 | 2.6% | 0 | 0.0% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% |
| Other Burglary | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Theft Offenses | 8 | 21.1% | 6 | 15.8% | 0 | 0.0% | 1 | 2.6% | 3 | 7.9% | 2 | 5.3% |
| Theft - $1,000+ | 8 | 21.1% | 6 | 15.8% | 0 | 0.0% | 1 | 2.6% | 3 | 7.9% | 2 | 5.3% |
| Theft - $500-999 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Theft | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Forgery, Fraud, Embezzlement | 4 | 10.5% | 2 | 5.3% | 0 | 0.0% | 0 | 0.0% | 2 | 5.3% | 0 | 0.0% |
| All Other Offenses | 4 | 10.5% | 1 | 2.6% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Rausch Sup. RFPs 0058

# Recommitment Time Frame by Original Offense Category
## Released to Expiration of Sentence

40

Rausch Sup. RFPs 0059

| Original Offense Category | Released Prisoners Included in the Study | Released Prisoners Included in the Study as a Percentage | Recommitted | Recommitted as a Percentage | Recommitted 0-6 Months | | 6 Months - 1 Year | | 1-2 Years | | 2-3 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Offense Categories | 149 | 100.0% | 64 | 43.0% | 13 | 8.7% | 12 | 8.1% | 25 | 16.8% | 14 | 9.4% |
| Homicide Offenses | 6 | 4.0% | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% |
| 1st Degree Murder | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2nd Degree Murder | 4 | 2.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Vehicular Manslaughter | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other Homicide | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| Sex Offenses | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Aggravated Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rape | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aggravated Sexual Battery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Other Sex Offenses | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kidnapping | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Arson | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Robbery Offenses | 13 | 8.7% | 6 | 4.0% | 1 | 0.7% | 2 | 1.3% | 2 | 1.3% | 1 | 0.7% |
| Aggravated Robbery | 7 | 4.7% | 4 | 2.7% | 1 | 0.7% | 1 | 1.3% | 1 | 0.7% | 0 | 0.0% |
| Robbery | 6 | 4.0% | 2 | 1.3% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 1 | 0.7% |
| Other Robbery | 0 | 0.0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Drug Offenses | 25 | 16.8% | 11 | 7.4% | 5 | 3.4% | 1 | 0.7% | 3 | 2.0% | 2 | 1.3% |
| Cocaine | 19 | 12.8% | 10 | 6.7% | 5 | 3.4% | 1 | 0.7% | 2 | 1.3% | 2 | 1.3% |
| Schedule II Drugs | 3 | 2.0% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Other Drugs | 3 | 2.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Assault Offenses | 25 | 16.8% | 8 | 5.4% | 1 | 0.7% | 0 | 0.0% | 4 | 2.7% | 3 | 2.0% |
| Aggravated Assault | 22 | 14.8% | 8 | 5.4% | 1 | 0.7% | 0 | 0.0% | 4 | 2.7% | 3 | 2.0% |
| Other Assault | 3 | 2.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Burglary Offenses | 42 | 28.2% | 19 | 12.8% | 3 | 2.0% | 6 | 4.0% | 8 | 5.4% | 2 | 1.3% |
| Burglary - Habitation | 22 | 14.8% | 9 | 6.0% | 1 | 0.7% | 3 | 2.0% | 4 | 2.7% | 1 | 0.7% |
| Burglary - Non-habitation | 13 | 8.7% | 7 | 4.7% | 2 | 1.3% | 3 | 2.0% | 2 | 1.3% | 0 | 0.0% |
| Other Burglary | 7 | 4.7% | 3 | 2.0% | 0 | 0.0% | 0 | 0.0% | 2 | 1.3% | 1 | 0.7% |
| Theft Offenses | 14 | 9.4% | 12 | 8.1% | 3 | 2.0% | 1 | 0.7% | 6 | 4.0% | 2 | 1.3% |
| Theft - $1,000+ | 12 | 8.1% | 10 | 6.7% | 2 | 1.3% | 1 | 0.7% | 5 | 3.4% | 2 | 1.3% |
| Theft - $500-999 | 2 | 1.3% | 2 | 1.3% | 1 | 0.7% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| Other Theft | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Forgery, Fraud, Embezzlement | 2 | 1.3% | 1 | 0.7% | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% | 0 | 0.0% |
| All Other Offenses | 19 | 12.8% | 5 | 3.4% | 0 | 0.0% | 2 | 1.3% | 0 | 0.0% | 3 | 2.0% |
| Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

# Definitions

Rausch Sup. RFP's 0060

**Glossary of Terms:**

All Other Offenses - Offenses that are not included in another category. This category includes vandalism, weapon law violations, and misdemeanors such as DUI and bad checks.

Arrest - The apprehension of a person who is charged with having committed a crime

Crimes Against Persons – Victims are always individuals. Some of the offenses included in this category are but are not limited to: assault offenses, homicide offenses, sex offenses and "all other offenses".

Crimes Against Property – The offender's intent is to obtain money, property, or some other benefit. Some of the offenses included in this category are, but are not limited to: fraud offenses, larceny / theft offenses, and "all other offenses".

Crimes Against Society – Represents society's prohibition against engaging in certain types of activity including but not limited to: gambling, prostitution, drug violations and "all other offenses".

Community Correction - sentence to a community based alternative to incarceration in accordance with the provisions, including the eligibility requirements, of chapter 36 or Title 40. This program in funded by the Department of Correction and should only be used for defendants who, but for the community corrections program, would be sent to prison.

Criminal History – A report from the National Crime Information Center (NCIC). The report includes criminal justice contacts on a national basis including: arrest, court dispositions and incarceration. This is also known as a "rap sheet".

Department of Correction (DOC) – The department within state government which is responsible for housing or supervising felony offenders.

Detainer – Notification filed with institution in which a prisoner is serving a sentence, advising that the prisoner is wanted to face pending criminal charges in another jurisdiction.

Expiration Date – The latest possible date of release from a sentence being served.

Interstate Compact – A voluntary agreement between two or more states which is designed to meet common problems of the parties involved, such as transfer of supervised release of prisoners from one state's supervision to another.

National Crime Information Center (NCIC) – Federal crime information system.

Parole – The conditional and revocable release of an inmate by the Board of Paroles to parole supervision.

Probation - A sentence of confinement which is suspended upon a term of probation supervision.

Case 3:20-cv-00050   Document 62-12   Filed 02/04/22   Page 61 of 69 PageID #: 760   Rausch Supp-RFP's 0061

Recidivism – A return to criminal habits, including persons recommitted for a new offense or for a technical violation. Recidivism does not include persons who have been rearrested.

Recommit – To return to jail or DOC after being released, due to a new offense or technical offense.

Recommitment Offense – A new offense in which an offender is sent back into the criminal justice system after being released for a period of time.

Release Data – The date the offender is actually released from incarceration.

Technical Violation – Failure to comply with the conditions of supervised release from incarceration.

Tennessee Offender Management Information System (TOMIS) – The system used by the TDOC to manage and calculate all active sentences within TDOC.



Tennessee Bureau of Investigation, August 2007
Public Authorization Number 348135, 100 copies
This publication was promulgated at a cost of $2.01 per copy.

Rausch Sup. R. P.'s 0063

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

|  |  |
|---|---|
| ) | No. 3:21-cv-00590 |
| ) |  |
| JOHN DOE Nos. 1, 2, 3, 4, 5, 6, 7, 8 and 9 ) | No. 3:21-cv-00593 |
| ) |  |
| Plaintiffs, ) | No. 3:21-cv-00594 |
| ) |  |
| v. ) | No. 3:21-cv-00595 |
| ) |  |
| ) | No. 3:21-cv-00596 |
| WILLIAM B. LEE, *et al.*, ) |  |
| ) | No. 3:21-cv-00597 |
| Defendants. ) |  |
| ) | No. 3:21-cv-00598 |
| ) |  |
| ) | No. 3:21-cv-00624 |
| ) |  |
| ) | No. 3:21-cv-00671 |
| ) |  |
| ) | **Cases Consolidated** |
| ) |  |
| ) | **District Judge Aleta A. Trauger** |

---

## DECLARATION OF PAUL GRADY

---

I, Paul Grady, state as follows:

1.     My name is Paul Grady and I am over the age of eighteen (18), of sound mind, and competent to make the statements contained in this affidavit.

2.     I am an investigator with the Blount County Sheriff's Office.

3.     I have been employed with the Blount County Sheriff's Office for the past 9 years.

4.     For the past 5 years, I have been responsible for registering sexual offenders and investigating registry violations.

1

5.      There are multiple benefits to requiring sex offenders to register. Many of these come from the tragic stories we have learned that shaped the registry over the last several decades into what we see today. The old saying is "knowledge is power." The public sex offender registry puts knowledge and information at the general public's fingertips that help them make informed decisions to help them stay safe (ie., Do I buy this house? Do I accept a job here?, etc.)

6.      Tennessee's sex offender registry has helped my community. We have helped by doing workshops for school boards, churches, employers, etc. and also always meet with or field calls from our citizens to help them and inform them of their rights and the laws. As far as the SOR in general goes, it has helped our community by functioning as it was intended from the beginning as a public safety tool. When citizens utilize the registry, they can make informed decisions for their own health and welfare. In regards to illustrations, I recently spoke with a local apartment complex administrator who had questions about registered sex offenders. The information given, led to them declining to rent to an offender against children. They have many children who live in the complex. We have many such stories where the SOR has had a direct positive impact on our county.

7.      My community is safer because of the public sex offender registry. Again, it will only be as effective as it is utilized. TBI has done a great job of building an up-to-date, real time public registry that offenders can use and access the mandated public information to their benefit.

8.      I have multiple offenders who have reoffended with additional sex crimes while on the sex offender registry.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

INV Paul Grady  414/556

Paul Grady

9/16/21

September 16, 2021

3

Rausch Supp. RFP's 0066

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

|  |  |  |
|---|---|---|
| | ) | **No. 3:21-cv-00590** |
| | ) | |
| **JOHN DOE Nos. 1, 2, 3, 4, 5, 6, 7, 8 and 9** | ) | **No. 3:21-cv-00593** |
| | ) | |
| **Plaintiffs,** | ) | **No. 3:21-cv-00594** |
| | ) | |
| **v.** | ) | **No. 3:21-cv-00595** |
| | ) | |
| | ) | **No. 3:21-cv-00596** |
| **WILLIAM B. LEE,** *et al.***,** | ) | |
| | ) | **No. 3:21-cv-00597** |
| **Defendants.** | ) | |
| | ) | **No. 3:21-cv-00598** |
| | ) | |
| | ) | **No. 3:21-cv-00624** |
| | ) | |
| | ) | **No. 3:21-cv-00671** |
| | ) | |
| | ) | **Cases Consolidated** |
| | ) | |
| | ) | **District Judge Aleta A. Trauger** |

---

## DECLARATION OF HENRIETTA KERLEY

---

I, Henrietta Kerley, state as follows:

1.      My name is Henrietta Kerley and I am over the age of eighteen (18), of sound mind, and competent to make the statements contained in this declaration.

2.      I am a sex offender compliance officer with the Cumberland County Sheriff's Office.

3.      I have been employed with the Cumberland County Sheriff's Officefor the past 29 years.

1

4.     For the past 17 years, I have been responsible for registering sexual offenders and investigating registry violations.

5.     There are benefits to the Tennessee sex offender registry.   Officers and Investigators are aware of the offenders on the registry. When doing residential checks on the offenders, officers become aware of where they live, work, or go to school.   When our department takes a report, sexual in nature, having the registry available to the Investigators may give the Investigating Officer insight to the MO of the offender.

6.     The sex offender registry has helped my community.   The community loves having the ability to check for offenders in their neighborhoods.   This office is constantly getting praise from the citizens of this county for doing their part to keep the communities safe.   The SOR Office receives phone calls of people moving into our county or even changing neighborhoods within the county with questions about Sexual Offenders in the area.   The SOR has been a great asset to our County and State. Community awareness to me is a great asset in keeping our citizens safe.

7.     I absolutely believe there is a reduction in crime because sex offenders are required to register.I believe that some offenders are opportunist.   When an offender knows they are required to register, have periodic residential verification, and laws to abide by that are enforced it narrows opportunity for the offender.   Therefore I believe crime is reduced.

8.     My community is definitely safer because of the public registry.   The Tennessee sex offender registry not only educates the public but raises public awareness to sexual crimes and convicted offenders within their communities.   The residents of this county want to know if there are registered offenders in their neighborhood.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_Henrietta Kerley_
Henrietta Kerley

_9/16/2021_
September 16, 2021